AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

|  |  |
|---|---|
| Sai Malena Jimenez Fogarty | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| Thomas Fogarty, Lisa Zeiderman, Ashley Kersting, Nicole DiGiacomo, Judge Sherri Eisenpress, Judge Thomas Zugibe, Laura Marino | ) |
| *Defendant(s)* | ) |

Civil Action No.

24 CV 8705

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Laura Marino

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro-Se Sai Malena Jimenez Fogarty, 228 East Route 59
Suite 271
Nanuet, NY 10954

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___NOV 1 5 2024___                    _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of New York

SAi MALeNA Jimenez FogArTy

)
)
)
)
)
)
_____
*Plaintiff(s)*

v.

Thomas FogarTy, Lisa Zeiderman
AshLey KersTing; Nicole DiGiacomo
Judge sherri EisenPress;
Judge Thomas Zugibe & LAurA MArino
*Defendant(s)*

)
)
)
)
)
)
)
)

Civil Action No.

## 24 CV 87 05

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Judge Thomas Zugibe

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

pro se — SAi MALeNA Jimenez FogarTy   228 EasT RouTe5
suiTe 271
NANueT N.Y. 10954

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ NOV 1 5 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

*SAI MALENA Jimenez FogarTy* )
)
)
)
_____ )
*Plaintiff(s)* )
)
v. )
*Thomas FogarTy, LiSA ZeidermaN* )
*Ashley KersTing, Nicole DiGiacomo,* )
*Judge sherri EisenpressF* )
*Judge Thomas Zugibe, LAURA MArINO* )
_____ )
*Defendant(s)* )

Civil Action No.

**24 CV 87 05**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Judge Sherri EisenPress*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*pro Se - SAi MALENA JiMeNeZ FogarTy 228 EAST RouTes, suiTe 271 NANueT N.Y. 10954*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _NOV 1 5 2024_    _____
                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

|  |  |
|---|---|
| Sai Malena Jimenez Fogarty _____ *Plaintiff(s)* v. Thomas Fogarty, Lisa Zeiderman, Ashley Kersting, Nicole DiGiacomo, Judge Sherri Eisenpress, Judge Thomas Zugibe, Laura Marino _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24 CV 87 05 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nicole DiGiacomo

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro Se - Sai Malena Jimenez Fogarty, 228 East Route 59
Suite 271
Nanuet, NY 10954

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV 1 5 2024    _____
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| Sai Malena Jimenez Fogarty _____ *Plaintiff(s)* v. Thomas Fogarty, Lisa Zeiderman, Ashley Kersting, Nicole DiGiacomo, Judge Sherri Eisenpress, Judge Thomas Zugibe, Laura Marino _____ *Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>) 24 CV 87 05<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ashley Kersting

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro Se - Sai Malena Jimenez Fogarty, 228 East Route 59 Suite 271 Nanuet, NY 10954

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  NOV 1 5 2024                            _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

SAi MaLeNa Jimenez FogarTy )
)
)
)
_____ )
*Plaintiff(s)* )
)
v. )
Thomas FogarTy, Lisa Zeiderman, )
Ashley Kersting; Nicole DiGiacomo; )
Judge Sherri Eisenpress; )
Judge Thomas Zugibe, Laura Marino )
*Defendant(s)* )

Civil Action No.

24 CV 87 05

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lisa Zeiderman

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro Se - SAi MaLeNa Jimenez FogarTy    228 EasT Route 59
suite 271
NaNueT, N.Y. 10954

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV 1 5 2024                        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| *Sai Malena Jimenez Fogarty* | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| *Thomas Fogarty, Lisa Zeiderman Ashley Kersting, Nicole DiGiacomo Judge Sherri Eisenpress, Judge Thomas Zugibe, Laura Marino* | ) |
| *Defendant(s)* | ) |

Civil Action No. **24 CV 87 05**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Thomas Fogarty, 4 Theis Lane, Blauvelt, NY 10913*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Pro Se – Sai Malena Jimenez Fogarty, 228 East Route 59 Suite 271 Nanuet, NY 10954*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __NOV 1 5 2024__                    _____
                                         *Signature of Clerk or Deputy Clerk*