UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAI MALENA JIMENEZ-FOGARTY,<br><br>                     Plaintiff,<br><br>-against-<br><br>THOMAS FOGARTY, et al.,<br><br>                     Defendants. | Case No. 1:24-cv-08705 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of Defendants Lisa Zeiderman and Ashley Kersting (collectively, the "Zeiderman Defendants")'s requests to seal the docket, or in the alternative, to file their forthcoming motions to dismiss under seal. Per the Court's local rules, Defendants should meet with Plaintiff to attempt to narrow the scope of their request. Moreover, Plaintiff shall file her response, if any, to Defendants' letter-motion to seal by November 28, 2024. Consistent with Local Rule 4(B), the Zeiderman Defendants are instructed to file their forthcoming motions to dismiss with proposed redactions in public view. The publicly filed motions should redact any confidential information sought to be filed under seal. The proposed sealed documents must be contemporaneously filed under seal on ECF and electronically related to the motion. The summary docket text, but not the sealed document, will be open to public inspection and should not include confidential information sought to be filed under seal.

      The Clerk of Court is respectfully directed to temporarily seal the Complaint at Dkt. 1 pending the Court's final determination on Defendants' letter-motion to seal. The viewing of Dkt. 1 shall be restricted to the parties listed on the docket.

Dated:  November 26, 2024
           New York, New York

                                                      SO ORDERED.

                                                      *Jennifer Rochon*
                                                      JENNIFER L. ROCHON
                                                      United States District Judge