UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAI MALENA JIMENEZ-FOGARTY,

                Plaintiff,

-against-

THOMAS FOGARTY, et al.,

                Defendants.

Case No. 1:24-cv-08705 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Per the Court's November 26, 2024 Order, Plaintiff's response, if any, to Defendants' letter-motion to seal was due by November 28, 2024. Dkt. 7. To date, the Court has received no response. As a courtesy, the Court shall grant an extension for Plaintiff to file her reply until December 4, 2024.

Dated: December 2, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*

                                      JENNIFER L. ROCHON
                                      United States District Judge