UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

| | |
|---|---|
| SAI MALENA JIMENEZ-FOGARTY, | CIVIL ACTION |
| Plaintiff, | |
| -against- | Case No.: 1:24-CV-08705-JLR |
| THOMAS FOGARTY, LISA ZEIDERMAN, ASHLEY KERSTING, NICOLE DIGIACOMO, JUDGE SHERRI EISENPRESS, JUDGE THOMAS ZUGIBE, LAURA MARINO, | |
| Defendants. | |

------------------------------------------------------------------------- x

## **DECLARATION OF BRETT A. SCHER**

I, Brett A. Scher, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly admitted to practice before the Courts of the State of New York and the United State District Court for the Southern District of New York. My office, Kaufman Dolowich, LLP submits this Declaration in Support of the Motion to Dismiss the Complaint submitted on behalf of Defendants Lisa Zeiderman and Ashley Kersting (collectively, the "Zeiderman Defendants").

2. Attached hereto as Exhibit "A" is a true and accurate copy of the Emergency Verified Complaint, dated November 15, 2024, filed by Plaintiff Sai Malena Jimenez-Fogarty ("Plaintiff") in the within action.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Woodbury, New York
December 9, 2024

_____
Brett A. Scher

1