Exhibit "A" to the Scher Declaration is Filed Under Seal