# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SAI MALENA JIMENEZ-FOGARTY,<br><br>      Plaintiffs,<br><br> -against-<br><br>THOMAS FOGARTY et al.,<br>     Defendants. | Case No. 1:24-cv-08705 (JLR) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

  PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for THOMAS FOGARTY et al. ("Defendant"). I am admitted or otherwise authorized to practice in this court, and requests that copies of all pleadings and other papers (however designated) filed and notices given, be served upon the undersigned at the address and e mail listed below:

          COLE SCHOTZ P.C.
          Brian L. Gardner, Esq.
          Bar Number: #2379634
          1325 Avenue of the Americas, 19th Floor
          New York, NY 10019
          bgardner@coleschotz.com
          Tel: 646-563-8937
          Fax: 646-563-7937

Date: December 12, 2024

          **COLE SCHOTZ P.C.**
          *Attorneys for Defendant.,*
          *Thomas Fogarty*

          *By: __/s/ Brian L. Gardner___*
            Brian L. Gardner

57438/0001-49008581v1