UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAI MALENA JIMENEZ-FOGARTY,

                Plaintiffs,

-against-

THOMAS FOGARTY et al.,

                Defendants.

1:24-cv-08705 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of Plaintiff's December 9, 2024 letter. Dkt. 17. Plaintiff's request for an extension to re-file her Complaint with appropriate redactions of personally identifying and other confidential information, consistent with the Court's December 9, 2024 Order, Dkt. 10, is GRANTED. Plaintiff shall re-file her Complaint by December 16, 2024.

    Plaintiff also seeks the removal of Miller Zeiderman as counsel for Thomas Fogarty, citing a conflict of interest. Miller Zeiderman is not, however, acting as Mr. Fogarty's counsel in this matter. Mr. Fogarty is represented by Brian L. Gardner of Cole Schotz P.C. Attorneys Lisa Zeiderman and Ashley Kersting have only appeared in this matter in their capacity as Named Defendants. Plaintiff's request to disqualify Miller Zeiderman as counsel for Thomas Fogarty in this case is therefore denied.

Dated: December 12, 2024
       New York, New York

                                          SO ORDERED

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge