UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAI MALENA JIMENEZ-FOGARTY,<br><br>                          Plaintiff,<br><br>         -against-<br><br>THOMAS FOGARTY et al.,<br><br>                          Defendants. | Case No. 1:24-cv-08705 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Clerk of Court is directed to provide viewing access to Dkt Nos. 1, 13, and 15 to counsel for Defendant Thomas Fogarty, Brian L. Gardner.

The Clerk of Court is further directed to grant viewing access for all sealed docket entries to all case participants.

Dated: December 12, 2024
         New York, New York

                                                              SO ORDERED.

                                                              *Jennifer Rochon*
                                                              JENNIFER L. ROCHON
                                                              United States District Judge

1