# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SAI MALENA JIMENEZ-FOGARTY,<br><br>      Plaintiffs,<br><br> -against-<br><br>THOMAS FOGARTY et al.,<br>      Defendants. | Case No. 1:24-cv-08705 (JLR) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Defendant, Thomas Fogarty. The undersigned is admitted or otherwise authorized to practice in this Court and requests that copies of all pleadings and other papers (however designated) filed, and notices given, be served upon her at the following address:

    **COLE SCHOTZ P.C.**
    Attention: Courtney G. Hindin, Esq.
    Bar Number: NY #5530845
    1325 Avenue of the Americas
    19th Floor
    New York, NY 10019
    Email: chindin@coleschotz.com
    Telephone: 646-532-5324

Date: December 18, 2024

    **COLE SCHOTZ P.C.**
    *Attorneys for Defendant.,*
    *Thomas Fogarty*

    By: _/s/ Courtney G. Hindin__
      Courtney G. Hindin, Esq.