UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAI MALENA JIMENEZ-FOGARTY,

                       **Plaintiff,**

      v.

THOMAS FOGARTY, LISA ZEIDERMAN, ASHLEY KERSTING, NICOLE DIGIACOMO, JUDGE SHERRI EISENPRESS, JUDGE THOMAS ZUGIBE, and LAURA MARINO,

                      **Defendants.**

Case No.: 1:24-cv-08705-JLR

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE**, that Richard W. Boone, of **WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP**, hereby appears as counsel for Defendant, **NICOLE DIGIACOMO** in the above-entitled action. Service of all pleadings, papers, and documents required to be served in this action should be served on counsel at the office address stated below.

Dated: December 23, 2024,
       New York, New York

                            Respectfully submitted,

                            /s/ *Richard W. Boone Jr.*
                            Richard W. Boone Jr.
                            **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
                            150 East 42nd Street
                            New York, New York 10017
                            Tel: (212) 490-3000
                            Email: richard.boone@wilsonelser.com

                            ***Attorneys for Defendant Nicole DiGiacomo***

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  /s/ *Richard W. Boone Jr.*

*Attorneys for Defendant Nicole DiGiacomo*