UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY         :

                                                    :   <u>ORDER</u>
                Plaintiff,                      24 Civ. 8705 (JLR) (GWG)
                                                    :

  -v.-
                                                     :

THOMAS FOGARTY et al.,           :

                                                   :
                Defendants.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      Plaintiff's motion to disqualify counsel for Thomas Fogarty (Docket # 34) was filed without the Court's permission as required by paragraph 2.A of the Court's Individual Practices. While the Court will excuse this failing, it should not be repeated in the future.

      Accordingly, the Court's pre-motion conference requirement is waived. Any opposition to the motion shall be filed by January 10, 2025. Any reply to the motion shall be filed by January 22, 2025.

      SO ORDERED.

Dated: December 26, 2024
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge