# 1



M Jimenez <sunnysky155@gmail.com>

## Acknowledgment of Receipt
1 message

**Pro Se Filing** <pro_se_filing@nysd.uscourts.gov>  Mon, Dec 16, 2024 at 7:42 PM
To: M Jimenez <sunnysky155@gmail.com>

# IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York.  (This is not the United States Bankruptcy Court.)
Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below).  If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Requirements for Filing a New Action by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;

- Documents must be signed by the filing party by either
    - (a) signing by hand and then scanning the document;
    - (b) signing electronically using a digital signature; or
    - (c) by typing: "/s/Filer's Name" on the signature block;

- Fee requirements and instructions:

    - **Please note that your complaint will not be reviewed until the court receives payment of the filing fees.**

    - Payment must be made within 30 days of the date your case is assigned a docket number. If mailing payment, please send a certified check, bank check, or money order to: **Cashiers Room 260, 500 Pearl Street, New York, NY 10007**.

    - Your payment must include the docket number, which you can learn by calling (212) 805-0175.

    - If you have not consented to e-service, your docket number will also be mailed to you, at the address provided on the complaint, in a form order that will include payment instructions. If you do not make payment within 30 days of the date a docket number is assigned to your case, the action will be dismissed without prejudice.

    - If you cannot pay the filing fees and want to request that the court waive the filing fees, you must email an application to proceed *in forma pauperis*.

Filing Documents in an Existing Case by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;

- The email and attached document must contain the docket number, filer's name, address, and telephone number;

- Documents must be signed by the filing party by either
    - (a) signing by hand and then scanning the document;
    - (b) signing electronically using a digital signature; or

- (c) by typing: "s/Filer's Name" on the signature block;

- Any additional comments, questions, or other messages in the email will be disregarded;

- Any additional correspondence included in the email will be disregarded.

For any submission, if your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing. If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in-person to the appropriate courthouse listed below between the hours of 9:30 AM to 3:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.

United States Courthouse
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

or

United States Courthouse
Pro Se Intake Unit
300 Quarropas Street
White Plains, NY 10601

Additional resources:
- Complete filing instructions
- Consent to accept service of documents electronically. Please note that, by consenting to electronic service, you will no longer receive documents by postal mail.
- For free legal advice, you may make an appointment with the NYLAG Legal Clinic for Pro Se Litigants by filling out the clinic's intake form on your computer or smartphone. Alternatively, leave a message with 212-659-6190.