2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Thomas Fogarty__
was received by me on *(date)* __11-15-2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Laura Marino__ __4 Theis-Lane Blauvelt N.Y. 10913__, a person of suitable age and discretion who resides there,
on *(date)* __11-18-2024__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11-18-2024__

*Server's signature* __Manuel__ (signed)

*Printed name and title* __Manuel Gomez — Private Investigator__

*Server's address* __2820 Middleton Rd Apt-19 Bx N.Y. 10461__

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __LAURA MARINO__
was received by me on *(date)* __11-15-2024__.

☑ I personally served the summons on the individual at *(place)* __LAURA MARINO 4 Theis-Lane Blauvelt N.Y. 10913__ on *(date)* __11-18-2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11-18-2024__

*Server's signature*

__MANUEL GOMEZ - Private Investigator__
*Printed name and title*

__2820 Middleton Rd. Apt-19 Bx N.Y. 10461__
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ashley Kersting
was received by me on *(date)* 11-15-2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Video Recorded Service To Front Desk Secretary, who is designated by law to accept service of process on behalf of *(name of organization)* Law Firm Miller-Zeiderman 140-grand st suite 503 white Plains N.Y. 10601 on *(date)* 11-18-2024 ; or Video Recorded service

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11-18-2024

*Manuel Gomez*
Server's signature

MANUEL GOMEZ - Private Investigator
Printed name and title

2820 Middletown Rd Apt-19
Bronx N.Y. 10461
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Lisa Zeiderman**
was received by me on *(date)* **11-15-2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Front Desk Secretary**, who is designated by law to accept service of process on behalf of *(name of organization)* **Lisa Zeiderman Law Firm Miller-Zeiderman 140-Grand St, Suite 503 White Plains N.Y. 10601** on *(date)* **11-18-2024** ; or **Video Recorded Service**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11-18-2024**

*Server's signature* (signed) Manuel

**Manuel Gomez - Private Investigator**
*Printed name and title*

**2820 Middletown Rd Apt-19 Bronx N.Y. 10461**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nicole DiGiacomo__

was received by me on *(date)* __11-15-2024__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Video Recorded Service To Mother of Nicole DiGiacomo__ __129 N Pilgrim CT Pearl River N.Y. 10965__, a person of suitable age and discretion who resides there, __Jean Marie DiGiacomo__ on *(date)* __11-18-2024__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* __Nicole M. J.__ on *(date)* __11-18-2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11-18-2024__

_____
Server's signature

__MANUEL GOMEZ - Private Investigator__
Printed name and title

__2820 Middletown Rd Apt-19__
__BX N.Y. 10461__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Judge Sherri Eisenpress__
was received by me on *(date)* __11-15-2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Video Recorded Service To Chief Court Clerk__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Rockland County House 1 S Main St, New City N.Y. 10956__ on *(date)* __11-18-2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11-18-2024__

_____
Server's signature

__MANUEL GOMEZ - Private Investigator__
Printed name and title

__2820 Middletown Rd Apt-19__
__Bronx N.Y. 10461__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Judge Thomas Zugibe__
was received by me on *(date)* __11-15-2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Video Recorded Service To Chief Court Clerk__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Judge Thomas Zugibe Rockland County Court House 1 S Main St. New City N.Y. 10956__ on *(date)* __11-18-2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __11-18-2024__

__Manuel Gomez__
*Server's signature*

__MANUEL GOMEZ - Private Investigator__
*Printed name and title*

__2820 Middletown Rd Apt-19
Bronx N.Y. 10461__
*Server's address*

Additional information regarding attempted service, etc: