UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Sai Malena Jiménez Fogarty_

Write the full name of each plaintiff or petitioner.

-against-

_Thomas Fogarty, et al.,_

Write the full name of each defendant or respondent.

MEMORANDUM ENDORSED

No. 1:24 CV 08705 - JLR

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _12/19/2024_.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ a computer with internet access and a word processor

   type of computer I will be using: _HP Laptop_

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: _____

☑ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☑ a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: _HP Scanner_

☑ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of PDF reader and writer that I will be using:
  _Adobe Acrobat_

☑ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_12/19/2024_
Dated

_[Signature]_
Signature

_Sai Malena Jimenez Fogarty_
Name

_228 East Route 59, Suite 271, Nanuet, NY 10954_
Address — City — State — Zip Code

_347 993-4550_
Telephone Number

_Sunnysky1550@gmail.com_
E-mail Address

Granted.

So Ordered.   _[signature]_
_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 2, 2025

2