Sai Malena Jimenez Fogarty
228 East Route 59, Nanuet, NY 10954
sunnysky155@gmail.com
347-993-4550

January 6, 2025

**The Honorable Judge Gabriel Gorenstein**
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Sai Malena Jimenez-Fogarty v. Thomas Fogarty, et al. Case No.: 1:24-CV-08705-JLR**

**Request for Extension of Time to File Modification of Complaint**

**Dear Honorable Judge Gorenstein,**

I am writing to respectfully request a one-week extension to file the modification of complaint in the above-referenced case, which is currently due on January 9, 2024. Unfortunately, I have encountered an unforeseen medical issue that requires immediate attention and surgery, which will prevent me from completing the necessary work on time.

Due to this medical emergency, I will be unable to meet the deadline. I am seeking an extension until January 16, 2024, to file the required modification of complaint.

I greatly appreciate the court's understanding and consideration of this request. Please let me know if any additional information or documentation is required regarding this matter.

Thank you for your time and attention to this request.

Sincerely,

*Sai Malena Jimenez Fogarty*