Sai Malena Jimenez Fogarty
228 East Route 59, Nanuet, NY 10954
sunnysky155@gmail.com
347-993-4550

January 17, 2025

**The Honorable Judge Gabriel Gorenstein**
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Sai Malena Jimenez-Fogarty v. Thomas Fogarty, et al. Case No.: 1:24-CV-08705-JLR**

**Modification of Complaint**

**Dear Honorable Judge Gorenstein,**

I am writing to offer my sincere apologies for the late submission of the modified complaint in the above-captioned matter. Unfortunately, I encountered an unexpected technical issue related to the cell tower in Spring Valley, NY, which caused a disruption in my home internet service. As a result, my Wi-Fi device which I need for my laptop was not functioning properly.

I immediately contacted my service provider last night and again this morning to resolve the issue (see attached). Fortunately, the connection was restored just a short time ago, allowing me to submit the document promptly.

I deeply regret any inconvenience this delay may have caused and assure the Court that this was an unforeseen circumstance. I am fully committed to adhering to all deadlines moving forward and appreciate your understanding in this matter.

Thank you for your attention, and I apologize again for any disruption caused.


Sincerely,

*Sai Malena Jimenez Fogarty*