<  **Wireless Provider**
611


**Today**

📞 **7:34 AM**
Outgoing call, 27 mins 43 sec

**Yesterday**

📞 **10:54 PM**
Outgoing call, 27 mins 2 sec