UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY          :

                                      Plaintiff,          :   ORDER TO MODIFY SEALED VIEWING LEVEL

                                                    :   24 Civ. 8705 (JLR) (GWG)

   -v.-                                        :

                                                    :

THOMAS FOGARTY et al.,          :

                                 Defendants.          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      Plaintiff Sai Malena Jimenez-Fogarty having filed an amended complaint (Docket # 44) under seal and viewable only to court users and the applicable party, the Court respectfully directs the Clerk of Court to modify the viewing level for defendant's amended complaint (Docket # 44) to the Selected Parties viewing level, thereby allowing all parties to view the document.

      Plaintiff Sai Malena Jimenez-Fogarty having filed a letter (Docket # 45) under seal and viewable only to court users and the applicable party, the Court respectfully directs the Clerk of Court to modify the viewing level for defendant's letter (Docket # 45) to the Public viewing level.

      SO ORDERED.

Dated: January 17, 2025
       New York, New York

                                                             _____
                                                            GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge