UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY

                                                               **Docket No.**
                                                               **24-CV-08705-JLR-GWG**

            Plaintiff,

-against-

THOMAS FOGARTY, LISA ZEIDERMAN,
ASHLEY KERSTING, NICOLE DIGIACOMO,
JUDGE SHERRI EISENPRESS, JUDGE
THOMAS ZUGIBE, LAURA MARINO                 **NOTICE OF APPEARANCE**

            Defendant.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of Plaintiff, **SAI MALENA JIMENEZ-FOGARTY** in the above captioned action, and requests that copies of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  Mount Vernon, New York
          January 31, 2025

                                                                Respectfully,

                                                                THE LAW OFFICE OF
                                                                TRICIA S. LINDSAY

                                                                */S/: Tricia S. Lindsay*
                                                         By: **TRICIA S. LINDSAY, ESQ**.
                                                            *Attorney for Defendant*
                                                           531 E. Lincoln Ave., Ste. 5B
                                                          Mount Vernon, New York 10552
                                                          Ph: (347) 386-4604; (347) 349-5433
                                                              (914) 668-4908
                                                          Fax: (914) 840-1196
                                                          TriciaLindsayLaw@gmail.com
                                                          attorney@TriciaLindsayLaw.com