UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY                    :

                                              :     ORDER
                          Plaintiff,
                                              :     24 Civ. 8705 (JLR) (GWG)

              -v.-                            :

                                              :

THOMAS FOGARTY et al.,                        :

                                              :

                          Defendants.         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        Because plaintiff Sai Malena Jimenez-Fogarty is now represented by counsel (see Docket # 53), the Court's grant to plaintiff when she was pro se of permission to allow her to participate in electronic filing, see Docket # 39, is hereby vacated.

        Plaintiff pro se also will no longer receive notices of filings to her email address.  All notifications will go to her counsel.

        SO ORDERED.

Dated: February 3, 2025
        New York, New York

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge