# EXHIBIT B



M 1 <malena214@gmail.com>

## Re: Highbury Concrete - Updated Proposal
1 message

**M Fogarty** <malena214@gmail.com>  Mon, Dec 11, 2017 at 11:31 PM
To: Michael Agins MyBenefitAdvisor <Michael.Agins@mybenefitadvisor.com>

Hi team,

Today I conducted the enrollment sessions for 150 employees with Voya for the new 401K plan and it was an absolutely nightmare. The "dual language" rep they sent showed up in a construction site with a business suit, a condescending attitude talking over the guys heads and spoke broken Spanish. I had to step in and explain things in laymen terms. This was not my idea. It was Jennifer's idea who works in our company for less than 3 months and does not have any experience in benefits or Latino employees.

I have a background in benefits and training so I understand the importance of knowing your target audience and delivering the material accordingly.

The reason I'm sharing this with you because tomorrow if I suggest that I go and conduct enrollment sessions with one of you I would love your support. I have a rapport with these guys and I make things understandable according to the audience. I don't need someone who speaks Spanish as I speak Spanish and I can prepare beforehand.

Thank you for your help.

Kind regards,
Malena Jimenez
Highbury Concrete, Inc.
Benefits Administrator


On Dec 7, 2017 10:01 AM, "M Fogarty" <malena214@gmail.com> wrote:
> Hi team,
>
> Can either one of you please give me a call regarding the implementation of the plan. Thanks.
>
> Kind regards,
> Malena Jimenez
> 3479934550
>
> On Nov 30, 2017 5:34 PM, "Michael Agins MyBenefitAdvisor" <Michael.Agins@mybenefitadvisor.com> wrote:
>>
>> Hello Malena,
>>
>>
>> Attached you will find an updated proposal for our call tomorrow (contains updated company zip code).
>>
>>
>> Look forward to speaking with you.
>>
>>
>> Sincerely,
>>
>>
>> **Michael Agins**

Account Executive

My Benefit Advisor, LLC

Direct: (201) 815-2358

669 River Drive Center II - Suite 305, Elmwood Park, NJ 07407

michael.agins@mybenefitadvisor.com | www.mybenefitadvisor.com



*Please be advised that My Benefit Advisor cannot provide legal or tax advice and any information contained herein does not constitute such advice.  The preceding guidance is for informational purposes only, any specific advice should be discussed with your own counsel.*

*Confidentiality Notice: The information contained in this email message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank You.*