# UNITED STATES DISTRICT COURT
for the
Southern District of New York

SAI MALENA JIMENEZ-FOGARTY,

                Plaintiffs,

  -against-

THOMAS FOGARTY et al.,

               Defendants.

Case No. 1:24-cv-08705 (JLR)(GWG)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Defendant, LAURA MARINO.  The undersigned is admitted or otherwise authorized to practice in this Court and requests that copies of all pleadings and other papers (however designated) filed, and notices given, be served upon her at the following address:

        **COLE SCHOTZ P.C.**
        Attention: Courtney G. Hindin, Esq.
        Bar Number: NY #5530845
        1325 Avenue of the Americas
        19th Floor
        New York, NY 10019
        Email: chindin@coleschotz.com
        Telephone: 646-532-5324

Date: February 18, 2025

        **COLE SCHOTZ P.C.**
        *Attorneys for Defendant.,*
        *Laura Marino*

        By: */s/ Courtney G. Hindin*
           Courtney G. Hindin, Esq.