# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

| | | |
|---|---|---|
| Thomas Fogarty | Plaintiff, | UPDATED STATEMENT OF NET WORTH |
| | - against - | DATED: 5/3/2024 |
| Sai Malena Jimenez-Fogarty | Defendant, | Index No:. 035547/2021<br>Date Action Commenced: 9/28/2021 |

Complete all items, marking "NONE," "INAPPLICABLE," or "UNKNOWN," if appropriate.

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF ROCKLAND   )

THOMAS FOGARTY, the Plaintiff herein, being duly sworn, deposes and says that, **subject to the penalties of perjury,** the following is an accurate statement as of 5/3/2024 of my net worth (assets of whatsoever kind and nature and wherever situated minus liabilities), **statement of income from all sources** and statement of assets transferred of whatsoever kind and nature and wherever situated and statement of expenses:

I.  **FAMILY DATA**

(a) Thomas Fogarty's date of birth: 6/13/1973, age 50
    Thomas Fogarty's place of birth: Ireland
(b) Sai Malena Jimenez-Fogarty's date of birth: 4/28/1975, age 49
    Sai Malena Jimenez-Fogarty's place of birth: Bronx, New York
(c) Date married: 1/25/2013
    Place married (city, county state): New York, New York, NY
(d) Names and dates of birth of Child(ren) of the marriage:
    Patrick Fogarty 11/07/2013, age 10

    Katia Fogarty 9/16/2015, age 8

(e) Minor child(ren) of a prior marriage: __0__
(f) Custody of child(ren) of prior marriage: ___ Sai Malena Jimenez-Fogarty ___ Thomas Fogarty
(g) Thomas Fogarty's present address: 4 Theis Lane
    Blauvelt, NY 10913
    Sai Malena Jimenez-Fogarty's present address: Unknown / Confidential
    NY
(h) Occupation of Thomas Fogarty: Owner
    Employer of Thomas Fogarty: Highbury Concrete, Inc.
    1 Blue Hill Plaza, 11th Floor
    Pearl River, NY 10965

    Occupation of Sai Malena Jimenez-Fogarty: Account Executive
    Employer of Sai Malena Jimenez-Fogarty: T-Mobile
    12920 38th Ave., SE
    Bellevue, WA 98006

[UCS Rev 6/2016]

Miller Zeiderman LLP  Prepared by Lisa Zeiderman Esq  Thomas Fogarty & Sai Malena Jimenez-Fogarty

Page 1

(i) Supplemental information:

Marital residence is occupied by  [ X ] Thomas Fogarty  [  ] Sai Malena Jimenez-Fogarty  [  ] Both
Education & skills of Thomas Fogarty . . . . . . . . . . . . . High School
Education & skills of Sai Malena Jimenez-Fogarty . . . College-expected graduation date 12/2024
Health of Thomas Fogarty . . . . . . . . . . . . . . . . . . . . . . Good
Health of Children . . . . . . . . . . . . . . . . . . . . . . . . . . . . Good

[UCS Rev. 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty
Page 2

2 of 86

II. **EXPENSES:** (List your current expenses on a monthly basis. If there has been any change in these expenses during the recent past please indicate. Items included under "other" should be listed separately with separate dollar amounts).

(a) **Housing: Monthly  - 4 Theis Lane, Blauvelt, NY**
1. Mortgage / Co-op Loan ............................................. 5,040
   Real estate taxes and homeowner's insurance included
2. Home Equity Line of Credit / Second Mortgage ..................... 
3. Real Estate Taxes **(if not included in mortgage payment)** ....... 
4. Homeowner's / Renter's Insurance ................................. 
5. Homeowner's Association / Maintenance charges / Condominium Charges ....... 
6. Rent ............................................................. 
7. Other ............................................................ 

                                          TOTAL: HOUSING     5,040

(b) **Utilities: Monthly - 4 Theis Lane, Blauvelt, NY**
1. Fuel Oil / Gas ................................................... 371
   **Estimate**
2. Electric ......................................................... 192
   **Estimate**
3. Telephone (land line) ............................................ 
4. Mobile Phone .................................................... 200
   **Paid by Highbury Concrete**
5. Cable / Satellite TV ............................................. 50
   **Irish cable boxes (2)**
6. Internet ......................................................... 100
   **Cable included**
7. Alarm ............................................................ 
8. Water ............................................................ 50
   **Estimate**
9. Other ............................................................ 

                                          TOTAL: UTILITIES    963

(c) **Food: Monthly**
1. Groceries ........................................................ 1,600
2. Dining Out / Take Out ............................................ 800
3. Other ............................................................ 

                                          TOTAL: FOOD        2,400

(d) **Clothing: Monthly**
1. Yourself ......................................................... 300
2. Child(ren) ....................................................... 200
   **Estimate**
3. Dry Cleaning ..................................................... 100
4. Other ............................................................ 

                                          TOTAL: CLOTHING     600

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty                               Page 3

3 of 86

(e) **Insurance: Monthly**
1. Life .................................................................. 1,339
   total payment for policy numbers x7297, x2158, x2190, x2296, x3270, x5679, x7552. Wife has access to all children's and whole life policies and has cashed out and/or taken loans against the policies.
2. Fire, theft and liability and personal articles policy .......... _____
3. Automotive ...................................................... _____
4. Umbrella Policy ................................................. _____
5. Medical Plan
   . 5 A. Medical Plan for yourself ............................... 3,700
       **For entire family paid by Highbury Concrete**
   . 5 B. Medical Plan for children .............................. 0
6. Dental Plan .................................................... 208
   **Paid by Highbury Concrete**
7. Optical Plan ................................................... 26
   **Paid by Highbury Concrete**
8. Disability ..................................................... _____
9. Worker's Compensation .......................................... _____
10. Long Term Care Insurance ..................................... _____
11. Other ........................................................ _____

                                              TOTAL: INSURANCE    5,273

(f) **Unreimbursed Medical: Monthly**
1. Medical ........................................................ 40
2. Dental ......................................................... 20
3. Optical ........................................................ 100
4. Pharmaceutical ................................................. _____
5. Hospital ....................................................... _____
6. Psychotherapy .................................................. 3,000
   **Andrea Labis for H and Dr. Abrams for Patrick & Katia.**
7. Other Medical .................................................. _____

                                  TOTAL: UNREIMBURSED MEDICAL    3,160

(g) **Household Maintenance: Monthly - 4 Theis Lane, Blauvelt, NY**
1. Repairs / Maintenance .......................................... 550
2. Gardening / Landscaping ........................................ 600
3. Sanitation / Carting ........................................... 35
4. Snow Removal ................................................... _____
5. Extermination .................................................. 35
6. Other Maintenance .............................................. 67
   **Sprinkler maintenance**

                                            TOTAL: MAINTENANCE    1,287

(h) **Household Help: Monthly**
1. Domestic (housekeeper, etc.) ................................... 400
2. Nanny / au pair / child care ................................... 6,000
3. Babysitter ..................................................... _____
4. Other .......................................................... _____

                                         TOTAL: HOUSEHOLD HELP    6,400

[UCS Rev. 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq  Thomas Fogarty & Sai Malena Jimenez-Fogarty                                        Page 4

4 of 86

(i) **Automobile: Monthly**
1. Lease or Loan Payments (indicate lease term) ........
2. Gas and Oil ........ 200
3. Repairs ........
4. Car Wash ........
5. Public Transportation ........
6. Parking ........
7. Tolls ........ 130
8. Other ........

TOTAL: AUTOMOBILE  330

(j) **Education Costs: Monthly**
1. Nursery and Pre-School ........
2. Primary and Secondary ........
3. College ........
4. Post-Graduate ........
5. Religious Instruction ........ 60
   **Patrick and Katia**
6. School Transportation ........
7. School Supplies / Books ........ 85
   **Patrick and Katia**
8. School Lunches ........ 20
9. Tutoring ........
10. School Events ........
11. Child(ren)'s extra-curricular and educational enrichment activities ........ 665
    **Patrick - GAA, basketball, gym, piano  Katia - GAA, Piano, basketball, art, gym**
12. Other ........

TOTAL: EDUCATION  830

(k) **Recreational: Monthly**
1. Vacations ........ 1,000
2. Movies, Theatre, Ballet, Etc. ........ 400
   **Patrick & Katia**
3. Music (Digital or Physical Media) ........ 20
   **Netflix, Disney +**
4. Recreation Clubs and Memberships ........
5. Activities for yourself ........
6. Health Club ........ 300
7. Summer Camp ........ 335
8. Birthday, Party Costs for Children ........ 200
9. Other ........

TOTAL: RECREATIONAL  2,255

(l) **Income Taxes: Monthly**
1. Federal ........
2. State ........
3. City ........
4. Social Security and Medicare ........
5. Number of dependents claimed in prior tax year:  2

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty
Page 5

6. List any refund received by you for prior year .................................. _____

                                                    TOTAL: INCOME TAXES     0

(m) **Miscellaneous: Monthly**
1. Beauty Parlor / Barber / Spa ........................................... 230
2. Non-Prescription Drugs Supplements/Vitamins ........................... 200
3. Books, Magazines, Newspapers .......................................... _____
4. Gifts to Others ....................................................... 80
5. Charitable Contributions .............................................. 1,200
6. Religious Organizations Dues .......................................... 100
7. Union and Organization Dues ........................................... _____
8. Commutation Expenses .................................................. _____
9. Veterinarian / Pet Expenses ........................................... 475
10. Child Support Payments (for Child(ren) of a prior marriage .......... _____
    or relationship pursuant to court order agreement)
11. Maintenance - Spousal Support ........................................ 4,242
12. Loan Payments ........................................................ _____
13. Unreimbursed Business Expenses ....................................... _____
14. Safe Deposit Box Rental Fee .......................................... _____
15. Other ................................................................ _____

                                               TOTAL: MISCELLANEOUS    6,527

(n) **Other: Monthly**
1. Supervision (Malena with children) .................................... 6,192
    **Approxiamte (depending on supervisor)**

                                                                TOTAL: OTHER    6,192

                                                      TOTAL: ALL EXPENSES    41,257

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty
Page 6

6 of 86

III. **GROSS INCOME INFORMATION (annual, from most recent Federal income tax return):**

Annexed hereto is Plaintiff's 2022 tax return, with 2023 W-2 and 2023 extension filings

(a) Gross (total) income - as should have been or should be reported in the most ..... _260,000_
recent Federal income tax return. (state whether your income has changed during the year preceding date of this affidavit. If so, please explain.)

**Attach most recent W-2, 1099s, K1s and income tax returns.**

**List any amount deducted from gross income for retirement benefits or tax deferred savings. (All numbers are annual.)**

(b) To the extent not already included in gross income in (a) above:
  1. Investment income, including interest and dividend income, ................. _____
     reduced by sums expended in connection with such investment
  2. Worker's Compensation ................................................. _____
     **(indicate percentage of amount due to lost wages)** _____
  3. Disability benefits .................................................... _____
     **(indicate percentage of amount due to lost wages)** _____
  4. Unemployment insurance benefits ....................................... _____
  5. Social Security benefits ............................................... _____
  6. Supplemental Security Income .......................................... _____
  7. Public Assistance ..................................................... _____
  8. Food Stamps .......................................................... _____
  9. Veterans benefits ..................................................... _____
  10. Pensions and retirement benefits ...................................... _____
  11. Fellowships and stipends .............................................. _____
  12. Annuity payments .................................................... _____

(c) If any child or other member of your household is employed, set ............... _____
    forth name and that person's annual income:   [No additional income]

(d) List any maintenance and/or child support you are receiving pursuant ........... _____
    to court order or agreement

(e) Other ..................................................................... _____

TOTAL INCOME $ _____

[UCS Rev. 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty
Page 7

7 of 86

IV. **ASSETS:** (If any asset is held jointly with spouse or another, so state and set forth your respective shares.)

A. Cash Accounts:

Checking Accounts:

2.1
 a. Financial Institution ............  Allied Irish Banks, p.l.c.
 b. Account number (last 4 digits) ....  #6001
 c. Title holder ...................  Thomas Fogarty
 d. Date opened ...................  2006
 e. Source of funds ...............  premarital - separate property
 f. Balance as of date of commencement ..................... $ _____
 g. Current Balance ............................................ $ 23,171
 **As of 4/23/2024**

2.2
 a. Financial Institution ............  TD Bank
 b. Account number (last 4 digits) ....  x5845
 c. Title holder ...................  Thomas Fogarty
 d. Date opened ...................  October 2021
 e. Source of funds ...............  Post commencement earnings/Separate Property
 f. Balance as of date of commencement ..................... $ _____
 g. Current Balance ............................................ $ 20,689
 **As of 4/23/2024**

TOTAL CHECKING $ 43,860

Savings Account: (including individual, joint, totten trust, certificates of deposit, treasury notes)

3.1
 a. Financial Institution ............  TD Bank
 b. Account number (last 4 digits) ....  x4263
 c. Title holder ...................  Separate Property
 d. Type of account ...............  Savings
 e. Date opened ...................  October 2021
 f. Source of funds ...............  H's share of joint TD saving account distribution
 g. Balance as of date of commencement ..................... $ _____
 h. Current Balance ............................................ $ 107,789
 **As of 4/23/2024**

3.2
 a. Financial Institution ............  TD Bank - UTMA
 b. Account number (last 4 digits) ....  x5163
 c. Title holder ...................  Thomas Fogarty with Patrick Fogarty
 d. Type of account ...............  UTMA
 e. Date opened ...................  November 2021
 f. Source of funds ...............  Post commencment earnings/Separate Property
 g. Balance as of date of commencement ..................... $ _____
 h. Current Balance ............................................ $ 12,973
 **As of 4/23/2024**

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty
Page 8

8 of 86

3.3  a. Financial Institution .............  TD Bank - UTMA
     b. Account number (last 4 digits) ....  x5402
     c. Title holder ....................  Thomas Fogarty with Katia Fogarty
     d. Type of account ................  UTMA
     e. Date opened ....................  November 2021
     f. Source of funds ................  Post commencment earnings/Separate Property
     g. Balance as of date of commencement ..........................  $
     h. Current Balance ..............................................  $         15,434
     **As of 4/23/2024**

3.4  a. Financial Institution .............  TD Bank Savings
     b. Account number (last 4 digits) ....  x5739
     c. Title holder ....................  Joint
     d. Type of account ................  Savings
     e. Date opened ....................
     f. Source of funds ................  Marital income
     g. Balance as of date of commencement ..........................  $    199,374
     h. Current Balance ..............................................  $              0
     **Account closed after withdrawals post DOC**

                                                      TOTAL SAVINGS  $    136,196

                                                      TOTAL ACCOUNTS  $    180,056

B.  Real Estate (Including real property, leaseholds, life estates, etc. at market value -
    do not deduct any mortgage).
    4.1  a. Description ....................  4 Theis Lane, Blauvelt, NY
         b. Title owner ...................  Thomas Fogarty & Sai Malena Jimenez Fogarty
         c. Date of acquisition ............  2017
         d. Original price ................  $    749,000
         e. Source of funds to acquire .....  marital income
         f. Amount of mortgage or lien unpaid ........................  $    376,864
         **Real estate taxes and homeowner's insurance included**
         g. Estimate current fair market value .......................  $    975,000
         **Apprasied value as of 11/28/2023**

    4.2  a. Description ....................  Lisblating Kilsheelin Clonmel Tipperary IRE
         b. Title owner ...................  Thomas Fogarty & Sai Malena Jimenez-Fogarty
         c. Date of acquisition ............  2020
         d. Original price ................  $    215,000
         e. Source of funds to acquire .....  marital income
         f. Amount of mortgage or lien unpaid ........................  $
         g. Estimate current fair market value .......................  $    230,000
         **Value in Euros, as per appraisal dated 12/1/2023**

                                         TOTAL VALUE OF REAL ESTATE  $   1,205,000

[UCS Rev 6/2016]

Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty                    Page 9

C. **Retirement Accounts** (e.g. IRAs, 401(k)s, 403(b)s, pension, profit sharing plans, deferred compensation plans, etc.)

5.1  
a. Description .................. 401k  
b. Location of assets ............ VOYA  
   Marital component & Separate Property  
c. Title owner .................. Thomas Fogarty  
d. Date of acquisition ...........  
e. Source of funds .............. Income  
f. Value as of date of commencement ...... $ _____  
g. Current Value .............................. $ 185,171  
**As of 4/23/2024**

5.2  
a. Description .................. Merrill Lynch - Traditional IRA  
b. Location of assets ............ Bank of America Company acct#96S01  
c. Title owner .................. Thomas Fogarty  
d. Date of acquisition ........... 2021  
e. Source of funds .............. Marital Income  
f. Amount of unpaid liens ....... $ 0  
g. Value as of date of commencement ...... $ 6,000  
h. Current Value ............................... $ 6,002  
**As of 4/23/2024**

TOTAL RETIREMENT ACCOUNTS $ 191,173

D. **Vehicles** (Auto, Boat, Truck, Plane, Camper, Motorcycles, etc.)

E. **Jewelry, art, antiques, household furnishings, precious objects, gold and precious metals**  
(only if valued at more than $500)

7.1  
a. Description .................. Household Furnishings  
b. Title owner .................. Joint  
c. Location .................... 4 Theis Lane, Blauvelt, NY 10913  
d. Original price or value ....... $ _____  
e. Source of funds to acquire ..... Marital Income  
f. Amount of lien unpaid ........ $ _____  
g. Estimate current value ....................... $ TBD  
h. Value as of date of commencement ...... $ _____

7.2  
a. Description .................. Watches  
b. Title owner .................. Thomas Fogarty  
c. Location .................... 4 Theis Lane, Blauvelt, NY 10913  
d. Original price or value ....... $ _____  
e. Source of funds to acquire ..... income  
f. Amount of lien unpaid ........ $ _____  
g. Estimate current value ....................... $ Unknown  
h. Value as of date of commencement ...... $ _____

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty
Page 10

10 of 86

F. **Interest in any Business**

8.1   a. Name and address of business . . .    Highbury Holdings
     b. Type of business . . . . . . . . . . . . .    Concrete Superstructure
     c. Your percentage of interest . . . . . . . . . . . . . . . . . . . . . . . . . . . .    40%
     d. Date of acquisition . . . . . . . . . . .    2021
     e. Original price or value . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____
     f. Source of funds to acquire . . . . . .    _____
     g. Net worth of business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    TBD
                                                 . . . . . . . . . . . . . $_____
                                                                  . . . . . . . $_____
        Valuation date . . . . . . . . . . . . . . .    _____
     h. Other relevant information . . . . . .    _____
**Rebury, Skybury, Garbury, Haverstraw Concrete Supplys LLC, Highbury Concrete (NY), Highbury Concrete (FL), 25% interest in MLZ, Elm Orchard, owned by Highbury Holdings.**

8.2   a. Name and address of business . . .    Arteta LLC
                                                               West Haverstraw Property, 51 South Rt. 9W
     b. Type of business . . . . . . . . . . . . .    Holding Business
     c. Your percentage of interest . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
     d. Date of acquisition . . . . . . . . . . .    2020
                                                     Highbury Concrete pays rent $29K p/m to Arteta
     e. Original price or value . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____
     f. Source of funds to acquire . . . . . .    Highbury Concrete
     g. Net worth of business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    TBD
                                                             . . . . . . . . . . . . . $_____
                                                                  . . . . . . . $_____
        Valuation date . . . . . . . . . . . . . . .    _____
     h. Other relevant information . . . . . .    _____
**Plaintiff owns 40%**

G. **Cash Surrender Value of Life Insurance**

H. **Investment Accounts/Securities/Stock Options/Commodities/Broker Margin Accounts**

I. **Loans to Others and Accounts Receivable**

J. **Contingent Interests** (stock options, interest subject to life estates, prospective inheritances)

K. **Other Assets** (e.g. tax shelter investments, collections, judgments, causes of action, patents, trademarks, copyrights, and any other assets not hereinabove itemized)

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty
Page 11

11 of 86

## V. LIABILITIES

A. <u>Accounts Payable</u>

B. <u>Credit Card Debt</u>

C. <u>Mortgages Payable on Real Estate</u>
   3.1  a. Mortgagee name & address ..... Cross Country Mortgage - loan #0722079282
         b. Address of property mortgaged ... 4 Theis Lane, Blauvelt, NY
         c. Mortgagor(s) ................. Joint
         d. Original debt ................ $
         e. Date of incurring debt ....... 05/2017
         f. Monthly or other periodic payment ... $ 5,040.40
         g. Maturity date ................ 6/2036
         h. Amount of debt as of date of commencement ... $ 0
         i. Amount of current debt ....... $ 376,864
         **As of 3/11/2024**

D. <u>Home Equity and Other Lines of Credit</u>

E. <u>Notes Payable</u>
   5.1  a. Description ................. Loan
         Note holder name&address ..... Highbury Concrete Inc.
         b. Debtor ..................... Thomas Fogarty
         c. Amount of original debt ..... $ 250,000
         d. Date of incurring debt ...... 9/27/2022
         e. Purpose ..................... living expenses and legal fees
         f. Monthly or other periodic payment ... $ 0.00
         g. Amount of debt as of date of commencement ... $ 0
         h. Amount of current debt ...... $ 250,000

   5.2  a. Description ................. Loan
         Note holder name&address ..... Highbury Concrete Inc
         b. Debtor ..................... Thomas Fogarty
         c. Amount of original debt ..... $ 700,000
         d. Date of incurring debt ...... October 22, 2023
         e. Purpose ..................... Living expenses and legal fees
         f. Monthly or other periodic payment ... $ 0.00
         g. Amount of debt as of date of commencement ... $ 0
         h. Amount of current debt ...... $ 700,000

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman Esq  Thomas Fogarty & Sai Malena Jimenez-Fogarty                Page 12

12 of 86

5.3
a. Description ............... Loan
   Note holder name&address ..... Highbury Concrete Inc.
b. Debtor ................... Thomas Fogarty
c. Amount of original debt ...... $ 600,000
d. Date of incurring debt ....... January 19, 2024
e. Purpose .................. Living Expenses and legal fees
f. Monthly or other periodic payment ........ $ 0.00
g. Amount of debt as of date of commencement ..... $ 0
h. Amount of current debt ...... $ 600,000

F. **Brokers' Margin Accounts**

G. **Taxes Payable**

H. **Loans on Life Insurance Policies**

I. **Installment Accounts Payable** (security agreements, chattel mortgages.)

J. **Other Liabilities**
10.1
a. Description ............... Highbury Concrete-various lawsuits
b. Name & address of creditor ..... contingent liabilites
c. Debtor ...................
d. Original amount of debt ...... $ Unknown
e. Date incurred ............. 2016 (approxiamte)
f. Purpose .................. Insurance, labor (overtime)
g. Monthly payment .......... 0.00
h. Amount of debt as of date of commencement ..... $ TBD
i. Amount of current debt ...... $ TBD

## SUMMARY - NET WORTH

TOTAL MARITAL ASSETS $ TBD

TOTAL MARITAL LIABILITIES (minus) $ 

MARITAL NET WORTH $ TBD

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq.  Thomas Fogarty & Sai Malena Jimenez-Fogarty    Page 13

13 of 86

## VI. ASSETS TRANSFERRED

List all assets transferred in any manner during the preceding three years, or length of the marriage, whichever is shorter. Note: Transfers in the routine course of business which resulted in an exchange of assets of substantially equivalent value need not be specifically disclosed where such assets are otherwise identified in the Statement of Net Worth.

1.  Description of Property .............. Jointly held Cash Savings TD Bank x5397
    To Whom Transferred ............... Wife
    Relationship to Transferee .......... Spouse
    Date of Transfer ................... 9/29/2021
    Value .............................. 50,000

2.  Description of Property .............. Jointly held Cash Savings TD Bank x5397
    To Whom Transferred ............... Husband
    Relationship to Transferee .......... Self
    Date of Transfer ................... 9/30/2021
    Value .............................. 140,000

3.  Description of Property .............. Ozil LLC-real estate, property sold
    To Whom Transferred ............... defunct entity
    Relationship to Transferee ..........
    Date of Transfer ................... 2020
    Value ..............................

4.  Description of Property .............. Emirates Transportation LLC
    To Whom Transferred ............... No Value-defunct entity
    Relationship to Transferee ..........
    Date of Transfer ................... 2020
    Value .............................. 0

5.  Description of Property .............. Elm Orchard LLC (the Halfway Line bar)
    To Whom Transferred ............... No value - defucnt entity
    Relationship to Transferee .......... sale proceeds to Highbury Concrete
    Date of Transfer ................... 1/19/2023
    Value ..............................

[UCS Rev 6/2016]
Miller Zeiderman LLP  Prepared by Lisa Zeiderman, Esq  Thomas Fogarty & Sai Malena Jimenez-Fogarty
Page 14

14 of 86

VII. LEGAL & EXPERT FEES

Please state the amount you have paid to all lawyers and experts retained in connection with your marital dissolution, including name of professional, amounts and dates paid, and source of funds. Attach retainer agreement for your present attorney.

Marquardt for Deft $50K, Winner for Deft. $25K, Lindsay for Deft. $50K
NGH $12,500, Miller Zeiderman LLP $542,753.92
Dr. Mednick $39k, Lee Miller $7,500 est.,

VIII. OTHER DATA CONCERNING THE FINANCIAL CIRCUMSTANCES OF THE PARTIES THAT SHOULD BE BROUGHT TO THE ATTENTION OF THE COURT ARE:

Pursuant to conference held 3/1/2022, Plaintiff paid Defendant $45,038.46 as division of joint saving account x5739; check #142 from acct. x5845.
SEE FURTHER ADDENDUM ATTACHED

The foregoing statements and a rider consisting of _____ page(s) annexed hereto and made a part hereof, have been carefully read by the undersigned who states that they are true and correct and states same, under oath, subject to the penalties of perjury.

Thomas Fogarty

This is the 3rd
Statement of Net Worth
I have filed in this proceeding

Attorney Certification:

Ashley Kersting

REQUIRED ATTACHMENTS:
Retainer Agreement
Most recent W-2, 1099s, K1s and Income Tax Returns