

M 1 <malena214@gmail.com>

## RE: Health Insurance Update
1 message

Tue, Jan 9, 2018 at 3:50 PM
To: M Fogarty <malena214@gmail.com>

Malena,

Per the text I shared with you I am very concerned about things.

The below contact info is for two firms that have top billing reputations (tommy already met with one).

With contact law and negotiations and legal advise/counsel.

http://www.vmmlegal.com/ - Vishnick McGovern Millizio – Partner Joseph Millizio (tommy already met with him).

I have another recommendation coming. Top firm large corporate house. Real killer will fight for tommy. I will email once they have the proper name as my contact this issue would not be their main area of focus.

Regards

**From:** M Fogarty [mailto:malena214@gmail.com]
**Sent:** Tuesday, January 09, 2018 3:25 PM
**To:**
**Subject:** Fwd: Health Insurance Update

---------- Forwarded message ----------
From: **M Fogarty** <malena214@gmail.com>
Date: Thu, Jan 4, 2018 at 12:37 PM
Subject: Fwd: Health Insurance Update

Fyi

---------- Forwarded message ----------
From: "M Fogarty" <malena214@gmail.com>
Date: Jan 3, 2018 8:26 PM
Subject: Health Insurance Update
To: "Thomas Gorman" <tgorman@highburyconcrete.com>, "Thomas Fogarty" <tfogarty@highburyconcrete.com>, "jduffy" <jduffy@highburyconcrete.com>