M 1 <malena214@gmail.com>

## Wire Transfer Loan
1 message

**M Fogarty** <malena214@gmail.com>  Mon, Apr 23, 2018 at 11:45 AM
To: Thomas Fogarty <tfogarty@highburyconcrete.com>, Thomas Gorman <tgorman@highburyconcrete.com>

Good Day,

Last week I deposited $70,000 from my personal bank account to the Chase Business Account for Highbury Concrete per the instruction of Thomas Fogarty because your business account was in the negative. It was supposed to be for a few days and it's been a week. This money was not a gift, it was a loan that needs to be paid back. Please deposit this money back into my bank account by 5pm on Friday April 27th, 2018. If this money is not deposited by that time frame then this will become a legal matter, which can include a forensic accountant, Department of Labor, IRS, etc.

Regards,
Sai Malena Jimenez
"The greatness of a man is not in how much wealth he acquires, but in his **INTEGRITY** and his ability to affect those around him positively." Bob Marley