NON-UNION STORIES          UNION BENEFITS          SUBSCRIBE

# These Contractors Have a Troubling Record

Casino Development    Highbury Concrete    IBK Construction    Parkside Construction    Rovini Concrete

RNC Industries    SSC High Rise    Sky Materials    Trident ACS



# Casino Development Group

### Principal has violent criminal history[i]

- Casino principal Peter Colavito has been convicted of a number of violent crimes. In 1984, Colavito was convicted of robbery in the first degree, robbery in the second degree, and grand larceny in the second degree, after he pressed a loaded .32 caliber revolver against a victim's back during a robbery and said "I got a gun, if you turn around you've had it."
- In 1985, Colavito pleaded guilty to possessing an unregistered shot gun and a silencer without serial numbers. He was sentenced to prison for eight years and ordered to pay twenty thousand dollars in fines.
- In 1997, Colavito pleaded guilty to conspiring to commit robbery after being charged with conspiring to unlawfully take money and property from an armored car. Colavito also pleaded guilty to felony possession of a firearm by a convicted felon.



### Recently settled wage theft suit.

- Casino recently settled a lawsuit brought by a worker who alleged that Casino and a related firm called Monolithic Contracting didn't pay him for between 22.5 and 27 hours a week that he spent driving a van on their behalf, including failing to pay overtime for any hours spent as a driver that exceeded 40 hours a week.[ii] Casino and Monolithic agreed to pay $12,500 to settle the case.[iii]

[i] See Durst fact sheet, Summer 2018

[ii] See Amaya v. Monolithic Contracting et al., complaint https://drive.google.com/open?id=1sMcrl_MXFOouux5r_rv_ZAbDeJ-v0gq2

[iii] $12,500 settlement in Amaya v. Monolithic Contracting https://drive.google.com/open?id=1eXlfouEMRCcefAB3Jzmm3-shY3010PFO

Artistic render of the March 2019 Wage Theft settlement signed by the plaintiff and Casino Development Group. See the full Settlement ▶

---



# Highbury Concrete

Wage theft settlements total nearly $1M, additional case ongoing.

- Highbury recently settled 2 class action lawsuits from workers who alleged they were owed unpaid overtime wages. Highbury settled the first lawsuit with 22 plaintiffs for $625,000,[i] and settled with 7 plaintiffs from the second lawsuit for 326,344.24; however, the second suit remains ongoing with the rest of the plaintiffs in the suit outside of the 7 who settled continuing to press their claims.[ii]

### Nine workers rescued by fire department, treated for injuries following unsafe Carbon Monoxide exposure

- In February of 2019, the Fire Department had to rescue and treat workers overcome by Carbon Monoxide exposure on a Highbury job site as a result of a gasoline-powered generator running in a confined space.[iii] DOB inspectors noted in a violation issued to Highbury that there were "no safety measures in place to safeguard personnel."[iv]



- Nine workers were hospitalized as a result of the Carbon Monoxide exposure, with four suffering serious injuries. According to news reports, Carbon Monoxide levels on the job site had reached 700 parts per million – 70 times the level considered dangerous. An hour and a half after the rescue, Carbon Monoxide levels were still at 350 parts per million.[v]

FDNY rescues 9 Highbury workers exposed to carbon monoxide poisoning caused by a generator that was being run in a closed space. *Photo: NBC-TV NEWS NY*
See the News Report

[i] See settlement in Zamora v. Highbury, https://drive.google.com/open?id=11iB7rAY7NQxk3qClRJ5vt5BmC7i--tyG
Highbury Concrete, $326,344.24 settlement with seven plaintiffs in Fabre v. Highbury
https://ecf.nyed.uscourts.gov/cgi-bin/HistDocQry.pl?589220493101011-L_ShowDktTxt_1-0-397625-128-416-

[ii] See $326,344.24 settlement with seven plaintiffs in Fabre v. Highbury https://ecf.nyed.uscourts.gov/cgi-bin/HistDocQry.pl?589220493101011-L_ShowDktTxt_1-0-397625-128-416-.
For evidence that other plaintiffs continue to press their claims, see docket text from Fabre v. Highbury, 1/18/18
https://ecf.nyed.uscourts.gov/cgi-bin/HistDocQry.pl?629726791022261-L_ShowDktTxt_1-0-397625--195- .

[iii] http://a810-bisweb.nyc.gov/bisweb/ECBQueryByNumberServlet?requestid=2&ecbin=35383093R ; http://a810-bisweb.nyc.gov/bisweb/ECBQueryByNumberServlet?requestid=2&ecbin=35383094Z

[iv] http://a820-ecbticketfinder.nyc.gov/GetViolationImage?violationNumber=035383094Z

[v] https://www.nbcnewyork.com/news/local/FDNY-Carbon-Monoxide-Rescue-Construction-Site-Midtown-East-29-Street-505379371.html

---

 # IBK Construction

### Repeated safety issues for IBK and its subsidiary.

In just the last five years, IBK and its subsidiary have been issued more than $100,000 in fines[i] from regulators for unsafe practices that endangered workers and the public. These fines have included:

- OSHA issued IBK $12,934 after a November 2018 inspection at 260 Kent Avenue in Brooklyn found IBK failing to properly protect workers from the risk of falls.[ii]
- In January 2016 at an IBK project at 100 Bogart Street in Brooklyn, a worker was injured and hospitalized[iii] after falling ten feet.[iv] An inspection following the incident led OSHA to issue IBK two serious violations carrying a total of $6,750 in fines for failing to have sufficient fall protection measures in place.[v]
- In July of 2016 on a project in Manhattan, the New York City Department of Buildings fined IBK $10,000[vi] following an incident where a defective pipe burst on a concrete truck,[vii] spraying concrete onto a car across the street.[viii] The DOB inspector noted that while cleaning up the concrete, workers were "allowing it to wash down the street into sewer," with no attempt to protect the sewer system.[ix]
- In 2014 at 19 East 116th Street, the Department of Buildings issued IBK a $24,000 fine (later reduced to $5,469.90) for unsafely using a crane.[x] The inspector noted that the crane was engineered to be set up in the street, but had instead been set up on the sidewalk, posing a serious risk that "the sidewalk could collapse and cause the crane to