

Civil Rights
Labor Law
Criminal Defense
Family Law
Wills, Trusts, and Estate

February 20, 2025

<u>VIA ECF</u>
Honorable Judge Gabriel Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Sai Malena Jimenez-Fogarty v. Thomas Fogarty, et al.*
             Case No.: 1:24-CV-08705-JLR

Dear Judge Gorenstein:

    This office represents the plaintiff, Sai Malena Jimenez-Fogarty in the above captioned matter. Counsel writes pursuant to Your Honor's Individual Rules para. 2B, to inform the court that Plaintiff's *Motion to Disqualify Cole Schotz P.C. as Counsel For Defendant Thomas Fogarty* has been fully briefed as of February 19, 2025 with the filing of Plaintiff's *Reply Memorandum* in response to Defendant's *Opposition*, filed on January 28, 2025.

    Plaintiff thanks the Court for its consideration and the opportunity to resubmit her Reply memorandum.

                                                                          Respectfully,

                                                                         **Tricia S. Lindsay, Esq.**
                                                                         *Attorney for Plaintiff*

cc:    All Counsel of record (via ECF only)