UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY                  :

                                                   :        ORDER
                        Plaintiff,

                                                  :        24 Civ. 8705 (JLR) (GWG)

    -v.-                                                                   :

                                                   :

THOMAS FOGARTY et al.,                              :

                     Defendants.                  :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff has filed a second motion to disqualify counsel (Docket # 74).  In light of this filing, the motion docketed as # 70 is denied as moot.

      The second motion (Docket # 74) fails to give a briefing schedule with dates as required by paragraph 2.B of the Court's Individual Practices.  Accordingly, the Court will set the schedule.  Defendants' opposition shall be filed by April 16, 2025.  Any reply memorandum shall be filed by April 30, 2025.

      SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                                                                    _____
                                                                                   GABRIEL W. GORENSTEIN
                                                                                   United States Magistrate Judge