UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAI MALENA JIMENEZ-FOGARTY,

Plaintiff(s),

-against-

THOMAS FOGARTY, et al.,

Defendant(s).

**NOTICE OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

Case No.:
24 Civ. 8705 (JLR) (GWG)

C O U N S E L O R S :

PLEASE TAKE NOTICE that upon the Second Amended Complaint, dated March 31, 2025; along with the accompanying Memorandum of Law and the Declarations of EMILY HIRSHOWITZ, a named defendant herein, and Jacob B. Sher, Esq.; and all papers and proceedings heretofore had herein, Defendant EMILY HIRSHOWITZ will move this Court, on a date and at a time the Court shall determine, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, for an Order recommending the following relief: (1) Dismissing the Complaint against EMILY HIRSHOWITZ for insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(5); and (2) granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Order dated June 4, 2025 (ECF Doc. No. 113), any response to this Motion shall be due June 20, 2025, and any reply shall be due June 27, 2025.

Dated: White Plains, New York
June 12, 2025

Jacob B. Sher, Esq.
Hinman, Howard & Kattell LLP
*Counsel for Defendant Emily Hirshowitz*
1025 Westchester Avenue, Suite 301
White Plains, New York 10604
(914) 694-4102
jsher@hhk.com

TO: *All counsel of record via ECF*