UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAI MALENA JIMENEZ-FOGARTY,

Plaintiff(s),

-against-

THOMAS FOGARTY, et al.,

Defendant(s).

**DECLARATION OF EMILY HIRSHOWITZ IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

Case No.:
24 Civ. 8705 (JLR) (GWG)

I, EMILY HIRSHOWITZ, a named defendant herein, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over 18 years of age and competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this Declaration.
2. I am a named defendant in the above-captioned action, filed by Plaintiff Sai Malena Jimenez Fogarty (hereinafter the "Plaintiff").
3. I make this Declaration in support of my Motion to Dismiss for Insufficient Service of Process pursuant to Federal Rule of Civil Procedure 12(b)(5).
4. I have never been personally served with a summons and complaint in this action (the "summons and complaint").
5. On May 2, 2025, I discovered a three-page "Summons in a Civil Action," with my address hand-written on it, which was sent to me by mail. Later that day, I received a box of jumbled paperwork associated with the lawsuit, dog-eared, torn, and held together with a rubber band. The box was also sent by mail, and included various exhibits which appear related to the instant civil action. True copies of photographs depicting the documents as I received them are annexed hereto as Exhibit "A." The above-referenced papers were mailed to my home address, 43 Winchester Avenue in Peekskill, New York.
6. At no time have I been personally handed a copy of the summons and complaint by any person.
7. Other than the mailing, at no time has anyone personally left a copy of the summons and complaint at my dwelling or usual place of abode, or with any person residing there.
8. I have not designated any agent to receive service of process on my behalf in this lawsuit.
9. I have not waived service of process in this matter.
10. I have not received any request to waive service of process from Plaintiff or her counsel.
11. Based on the foregoing, I have not received proper service of process in this case as of today's date.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

EMILY HIRSHOWITZ

Sworn to before me this 12th day of June, 2025.

Notary Public

YULISA M SALCEDO
Notary Public - State of New York
NO. 01SA6260824
Qualified in Westchester County
My Commission Expires May 7, 2028

6607636 6/10/2025