

Civil Rights
Labor Law
Criminal Defense
Family Law
Wills, Trusts, and Estate

June 27, 2025

**VIA PRIORITY MAIL**
Hon. Judge Gabriel Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Jimenez-Fogarty v. Fogarty, et al., Case No. 24-cv-08705 (JLR) (GWG)

Dear Magistrate Judge Gorenstein:

As Your Honor is aware, I represent the Plaintiff in the above referenced matter. Enclosed is a flash drive containing three videos referenced in *Plaintiff's Motion and Opposition to Judicial Defendants Motion to Dismiss* and *Plaintiff's Motion in Opposition to Defendant Emily Hirshowitz' Motion to Dismiss*, in the above-referenced case.

In the interest of judicial efficiency, I point Your Honor specifically to the third video at the 1:11-minute mark, where the supervising clerk, who verbally confirmed her authority to accept service on behalf of Defendants Sheri L. Eisenpress and Thomas Zugibe, instructed Mr. Manuel Gomez to "push it through the window." This statement clearly acknowledges the service process. Mr. Gomez then delivered two copies of the summons and complaint—one for each defendant—through the designated court service window to the supervising clerk, who acknowledged receipt, thereby constituting valid proof of service.

We respectfully request that the Court enter the enclosed video evidence into the record as proof of service. Should additional materials or authentication be required, we are prepared to provide them promptly.

Thank you for your attention to this matter.

Respectfully submitted,

Tricia S. Lindsay

cc: Jacob B. Sher, Counsel for Emily Hirshowitz
    Anjali Bhat, Counsel for Judicial Defendants

531 East Lincoln, Avenue, Suite 5-B, Mt. Vernon, New York 10552   |   (347) 386-1604   |   www.tricialindsaylaw.com