UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY                      :

                                                           :     ORDER
                  Plaintiff,

                                                            :     24 Civ. 8705 (JLR) (GWG)

   -v.-                                                              :

                                                           :
THOMAS FOGARTY et al.,

                                                           :

                 Defendants.                             :
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff has uploaded five files to the Court's file server pursuant to the process described in Docket # 136. Two files are .pdf files and are rejected by the Court as no authority was given to upload a file other than a "video" file. See Docket # 136. Another file is a ".MOV" file which is corrupted and cannot be read.

      The two remaining files are .mp4 files entitled "Chief Clerk being served pt. 2" and "VIDEO-2025–-06-25-14-56-20." While these files are viewable, these two files are rejected as well because their names do not allow the Court to match either video with the only identifier of the videos supplied by plaintiff's opposition papers: namely, the date on which the video was made.[1] The only three dates mentioned in plaintiff's memoranda of law are November 18, 2024, April 28, 2025, and April 29, 2025. See, e.g., Docket # 123 at 2; Docket # 122, at 2, 8. The two files that were transmitted contain none of these dates.

      Accordingly, plaintiff is directed to immediately retransmit three files that are in the mp4 format and that have names matching the 3 dates in the previous paragraph.

      For what it is worth, the Court notes that it appears that only one video, dated April 29, 2025, has been authenticated by a witness. See Docket # 122-1, ¶ 8; Docket # 124-1, ¶ 8. Accordingly, this Order shall not be construed as accepting that any of the other videos constitute admissible evidence.

      SO ORDERED.

---

[1] We rely on the dates because plaintiff's opposition papers failed to assign exhibit numbers or letters to the videos.

Dated: July 9, 2025
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge