

Civil Rights
Labor Law
Criminal Defense
Family Law
Wills, Trusts, and Estate

MEMORANDUM ENDORSED

July 18, 2025

**VIA ECF**
Hon. Judge Gabriel Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Jimenez-Fogarty v. Fogarty, et al., Case No. 24-cv-08705 (JLR) (GWG)*

Dear Magistrate Judge Gorenstein,

    I represent the Plaintiff, Sai Malena Jimenez-Fogarty, in the matter referenced above. I write to respectfully request an extension of time for counsel to respond to the Court's Amended Order to Show Cause dated July 17, 2025 (Docket #144), which requires the submission of an affidavit and memorandum of law by July 23, 2025.

    Counsel is currently on international travel with limited access to data, legal research tools, and other necessary resources required to comply with the Court's detailed instructions. I am scheduled to return to the United States between July 23 and July 24, 2025, and will remain out of the office until July 25, 2025.

    Upon my return, my schedule includes pre-scheduled federal depositions in Pileggi v. Mathias, Case No. 22-cv-1315, in the District of Connecticut on July 25, July 28, and July 29, 2025. Additionally, I have hearings in two (2) separate, unrelated matters before the Judicial Branch of Connecticut on July 30 and July 31, 2025. I will also be out of the office on August 1, 2025, for personal reasons. The week of August 4, 2025, I have a pre-trial conference on August 4, 2025 in the EDNY (Brooklyn) and a full day hearing on August 6, 2025 in the Bronx Supreme Court and a full day fact finding with the Commission on Human Rights and Opportunities on August 7, 2025.

    In light of these commitments and the seriousness of the matter, which necessitates a thorough and proper response to the Court's concerns and instructions, I respectfully request an extension of time until August 8, 2025, to submit the required affidavit and memorandum of law.

*Lindsay to Hon. Judge Gorenstein_Resp reg. videos of service*
*July 18, 2025*
*Page 2*

This additional time will allow me to fully address the issues raised without compromising the quality of the submission. Please note that, other than my requests for extensions of time to amend the operative complaint and to amend and draft the Motion for Default, upon my entrance to the case as counsel for Ms. Jimenez-Fogarty, this is my first request for an extension of time in regards to responding to memorandums of law or letter motions.

    Counsel appreciates the Court's consideration of this request and stands ready to provide any further information as needed.

    We thank the Court for its kind consideration.

                                      Respectfully submitted,

                                  /s/ *Tricia Lindsay*
                                    **Tricia S. Lindsay, Esq**.

cc: All Counsel of Record (via ECF)

                              Extension to August 8, 2025, granted.

                              So Ordered.

                              GABRIEL W. GORENSTEIN
                              United States Magistrate Judge
                                  July 21, 2025