UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAI MALENA JIMENEZ-FOGARTY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS FOGARTY et al.,<br><br>Defendants. | Case No.: 24-cv-8705 (JLR)(GWG)<br><br>**AFFIDAVIT OF ATTORNEY<br>TRICIA S. LINDSAY** |

I, **TRICIA S. LINDSAY, ESQ.**, being duly sworn, hereby state and affirm under penalty of perjury as follows:

1. I am an attorney admitted to practice before this Court and serve as counsel for Plaintiff in the above-captioned matter. I submit this affidavit in response to the Court's Amended Order to Show Cause dated July 17, 2025, regarding citation errors in memoranda of law filed at Docket Nos. 122 and 123. I take the Court's concerns with utmost seriousness and wish to provide a full and transparent account of my drafting process, the circumstances leading to the citation errors, and the steps I have taken to address and correct them.

2. In preparing legal memoranda, I follow a structured and diligent process designed to ensure accuracy, thoroughness, and compliance with all applicable legal and ethical standards. My typical process includes:

    - **Issue Identification:** I begin by carefully reviewing the relevant pleadings, motions, and applicable procedural posture to identify the legal issues requiring research and analysis.

- **Legal Research:** I conduct comprehensive research using reputable legal databases, including federal and state case law, statutes, and procedural rules. I consult multiple sources to confirm the current state of the law and to identify controlling and persuasive authorities.
- **Drafting:** I draft the memorandum with attention to the articulation of legal arguments and the support of those arguments with appropriate citations. I use citation management tools to assist in organizing authorities and to reduce the risk of typographical errors.
- **Citation Verification:** I manually cross-check case names, docket numbers, and reporter citations against the primary sources in legal databases. Where possible, I review the full text of each cited decision to confirm its relevance and accuracy.
- **Review and Quality Control:** Before filing, I review the draft for both substantive content and citation integrity. This includes verifying that all citations conform to Bluebook or local citation standards and that the authorities cited support the propositions for which they are referenced.

3. I am acutely aware of the importance of accurate legal citations and the Court's reliance on counsel to present the law faithfully. To that end, I:

   - Rely on established legal research platforms for primary and secondary sources.
   - Cross-reference authorities across multiple databases to confirm accuracy.
   - Use citation-checking features and manual review to minimize the risk of error.
   - Avoid delegating core research or drafting responsibilities to unqualified individuals or to automated systems without oversight.

4. Despite these efforts, I recognize that the process is not infallible, particularly given the volume and complexity of authorities involved in this matter.

5. The citation errors identified by the Court arose despite my good faith efforts to ensure accuracy. Upon review, I have determined that the errors fall into several categories, including:

- Incorrect case names or docket numbers attributed to valid reporter citations, often due to confusion arising from similarly named cases or database discrepancies.
- Miscited or nonexistent cases, sometimes resulting from typographical errors, misreading of secondary sources, or limitations in the search functionality of legal databases.
- Citations that do not support the proposition for which they were cited, typically due to inadvertent misattribution or confusion between cases with overlapping subject matter.

6. These errors were not intentional and were not the result of any attempt to mislead the Court or opposing counsel. Rather, they reflect the inherent challenges of legal research and citation in complex litigation, particularly when working under time constraints and with voluminous records.

7. I am solely responsible for the research, drafting, and review of the memoranda at issue. While I utilize legal research databases and citation management tools to assist in my work, I do not delegate these core responsibilities to others. No other individual or computer system played a substantive role in the drafting process beyond the use of standard legal research and word processing software.

8. Upon receipt of the Court's Order, I undertook a comprehensive review of every case citation in Docket Nos. 122 and 123, as directed. I have compiled two listings: one of citations I contend are accurate, and one of citations now recognized as inaccurate, with explanations and, where possible, corrected citations. I have also implemented additional safeguards in my research and drafting process to further minimize the risk of future errors.

9. I affirm that I have acted at all times in good faith and with a sincere commitment to the standards of professionalism required of members of the bar. I deeply regret the errors that occurred and have taken all reasonable steps to address and correct them.

10. I respectfully submit this affidavit to the Court in full candor and transparency. I remain willing to provide any further information or clarification the Court may require and to cooperate fully in any further proceedings. A list of all cases cited to and of any inaccurate citations is attached hereto per the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2025

*Tricia Lindsay*
TRICIA S. LINDSAY, ESQ.
Attorney for Plaintiff
Law Offices of
Tricia S. Lindsay, P.C.
531 E. Lincoln Avenue, Suite 5B
Mount Vernon, New York 10552
Tel: (347) 386-4604; (347) 349-5433
TriciaLindsayLaw@gmail.com
Attorney@TriciaLindsayLaw.com