```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY                    :

                                              :   ORDER
                    Plaintiff,
                                              :   24 Civ. 8705 (JLR) (GWG)

       -v.-                                   :

                                              :
THOMAS FOGARTY et al.,
                                              :

                    Defendants.               :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Court has reviewed the parties' briefing on the motion of certain defendants to dismiss for insufficient service of process (Docket ## 115, 117). It appears there are disputes of fact regarding certain aspects of service. The Court is prepared to decide those disputes based solely on the written submissions and to not hold a testimonial hearing. Nonetheless, if a party seeks to present witness testimony at a hearing in court as to any factual matters, the Court would allow that party to do so. If such a hearing were held, the Court expects that it will conduct all questioning as to whatever topic the party seeks to present evidence. Also, testimony would be permitted only from a witness who has already filed a sworn statement relied on in the briefing.

If only one side seeks to present a witness's live testimony, the Court does not believe it incumbent on the other side to also seek to present live testimony. But if one side would present testimony only if the other side first requests it, the Court will provide a mechanism for such a request to be made.

Accordingly, if a party wishes to present a live witness in lieu of having the Court decide issues of fact based on the written submissions, such party shall file a letter on ECF so requesting on or before August 15, 2025. The letter shall give (1) the name of the witness and (2) the specific factual topic or topics the witness would testify about. If a party wishes to present a witness only if its adversary requests to do so, such party may request to present a live witness by means of a responsive letter filed by August 20, 2025. Any such responsive letter must also list the two matters described in the second sentence of this paragraph. The Court notes that merely because one party seeks to present a live witness, it is not incumbent on the opposing party to also present a live witness.

If no party files a letter by August 15, 2025, in accordance with this Order, the Court will decide the motion and all issues of fact based exclusively on the current written record.

SO ORDERED.

Dated: August 12, 2025
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge