

Civil Rights
Labor Law
Criminal Defense
Family Law
Wills, Trusts, and Estate

August 13, 2025

<u>*VIA ECF*</u>
Hon. Judge Gabriel Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Jimenez-Fogarty v. Thomas Fogarty et. al.,*
             *No.: 1:24-cv-08705*

Dear Judge Gorenstein,

    I represent the Plaintiff, Sai Malena Jimenez-Fogarty, in the above referenced matter.

    Pursuant to the Court's Order dated August 12, 2025 (Docket No. 150), Plaintiff Sai Malena Jimenez-Fogarty hereby requests to present live witness testimony at a hearing in lieu of having the Court decide issues of fact based solely on the written submissions regarding the motion to dismiss for insufficient service of process filed by the judicial defendants and Defendant Emily Hirshowitz (Docket Nos. 115, 117).

    The name of the witness is Manuel Gomez. Mr. Gomez will testify as to the circumstances of his personal service of the summons and complaint on the judicial defendants (Hon. Sherri L. Eisenpress and Hon. Thomas Zugibe) and Defendant Emily Hirshowitz on November 18, 2024, including the delivery to the supervising clerk at the Rockland County Supreme Court who confirmed her authority to accept service, as detailed in his affidavit (Exhibit A to Plaintiff's Memorandum of Law in Opposition, [Docket No. 122]) and consistent with the facts set forth in Plaintiff's Memorandum of Law in Opposition to the Judicial Defendants' Motion to Dismiss (Docket No. 123).

    Plaintiff respectfully requests that the Court schedule a hearing accordingly.

    Thank you for your consideration of this matter.

*Lindsay-Hon. Judge Gorenstein*
*August 13, 2025*
*Page 2*

                                                Respectfully Submitted,

                                                *Tricia Lindsay*
                                                Tricia S. Lindsay, Esq.

**cc: All Counsel of record (via ecf)**