

1025 Westchester Avenue | Suite 301 | White Plains NY  10604 | www.hhk.com

JACOB B. SHER
Special Counsel
P: (914) 694-4102
F: (914) 694-4510

August 20, 2025

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>Jimenez-Fogarty v. Fogarty, et al.</u>, Case No. 24-cv-08705 (JLR) (GWG)
               Letter in Response to Order dated August 12, 2025 (ECF Doc. No. 150)

Dear Magistrate Judge Gorenstein:

Our firm represents Emily Hirshowitz in the above-referenced matter.  We write in response to Plaintiff's letter designating a witness in opposition to Ms. Hirshowitz's motion to dismiss for improper service pursuant to Rule 12(b)(5).

Ms. Hirshowitz maintains her motion to dismiss for improper service based on her declaration dated June 12, 2025 (ECF Doc. No. 118) and affidavit dated June 27, 2025 (ECF Doc. No. 128), and Exhibit "A" thereto (ECF Doc. No. 128-1).  Pursuant to its Order, (1 - Name of witness) Emily Hirshowitz will make herself available should the Court wish to inquire of her further regarding: (2 - specific factual topics) Ms. Hirshowitz's Declaration and Affidavit, her whereabouts on the date of alleged service (including the time she spent at 24 Hour Fitness in Yorktown Heights, New York on that date), and her observations when she returned home, along with any other inquiries the Court may deem just and proper to decide the motion.

The undersigned acknowledges the Court's indication that merely because one party seeks to present a live witness, it is not incumbent upon the opposing party to do so.  Thus, Ms. Hirshowitz will make herself available only if the Court deems, in its discretion, that her testimony is needed to decide the motion.

The undersigned thanks the Court for its time and attention with respect to this matter.  Should there be any questions or concerns, please do not hesitate to contact the undersigned.

                                                  Very truly yours,

                                                  HINMAN, HOWARD & KATTELL, LLP

                                                  By: _____
                                                      Jacob B. Sher
                                                      Special Counsel

<u>Jimenez-Fogarty v. Fogarty, et al.</u>, Case No. 1:24-cv-08705 (JLR) (GWG)
Letter in Response to Order dated August 12, 2025 (ECF Doc. No. 150) (Emily Hirshowitz)
Page **2** of **2**

JBS/jbs

cc:     All Counsel of Record *via ECF*