UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY          :

                                                    :   ORDER
               Plaintiff,

                                                    :   24 Civ. 8705 (JLR) (GWG)

    -v.-                                              :

                                                    :
THOMAS FOGARTY et al.,

                                                    :

             Defendants.                    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court has received two responses (Docket ## 151, 155) to the Court's offer to hold an evidentiary hearing on disputed issues of fact pertaining to the motions to dismiss for insufficient service of process. (Docket # 150).

      Having reviewed those responses, the Court will hold an evidentiary hearing at which it will permit Manuel Gomez to testify as to his service on Emily Hirshowitz.

      For her part, Hirshowitz leaves to the Court's "discretion" the decision as to whether Hirshowitz should testify at an evidentiary hearing. See Docket # 155. At this time, the Court finds that it is not necessary to hear live testimony from Hirshowitz. The Court already has an affidavit from Hirshowitz that it will consider in its review of the motion. After hearing Gomez's testimony, the Court will decide whether it seeks to have Hirshowitz testify in person as well or whether it will instead rely on her affidavit.

      However, the Court will <u>not</u> hear testimony from Gomez as to his service on Judge Sherri Eisenpress and Judge Thomas Zugibe. Such testimony is not necessary inasmuch as the Court accepts the factual statements in Gomez's sworn submissions on this topic and accepts that plaintiff's proffered video evidence as to the service is authentic. The dispute between the parties on whether these defendants were served is not a dispute over facts but a dispute over the legal significance of undisputed facts.

      The evidentiary hearing shall take place in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York 10007 on <u>Tuesday, September 16, 2025, at 11:00 a.m.</u> The only persons who are required to attend the conference are counsel for plaintiff and Gomez. These individuals must be sure to arrive sufficiently in advance so that the hearing may begin on time.

      Each attorney is directed to ensure that all other attorneys are aware of the hearing date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: August 22, 2025
       New York, New York

                                                                                                          GABRIEL W. GORENSTEIN
                                                                                                      United States Magistrate Judge