UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY           :

                                    Plaintiff,    :  <u>ORDER</u>

                                                 :  24 Civ. 8705 (JLR) (GWG)

   -v.-                                                              :

THOMAS FOGARTY et al.,                  :

                             Defendants.   :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      With regard to the Court's Amended Order to Show Cause (Docket # 144), the Court will consider whether, in addition to the bases for sanctions listed in that Order, Ms. Lindsay's conduct violated Rule 11 of the Federal Rules of Civil Procedure.

      Because Rule 11 was not mentioned in the Amended Order to Show Cause, the Court will give Ms. Lindsay the opportunity, if she wishes to avail herself of it, to address whether there has been a violation of Rule 11 and whether she should be sanctioned under that Rule. Such showing shall be made by letter or memorandum of law filed on or before September 19, 2025. Any party may file a reply to Ms. Lindsay's response to this Order within 7 days thereafter.

      SO ORDERED.

Dated: September 11, 2025
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge