UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAI MALENA JIMINEZ-FOGARTY,

                              Plaintiffs,                    Case No. 1:24-cv-08705-JLR-GWG

      -against-

THOMAS FOGARTY, LISA ZEIDERMAN (in her Individual and official capacity), ASHLEY KERSTING (in her individual and official capacity), NICOLE DIGIACOMO (in her individual and official capacity), JUDGE SHERRI EISENPRESS (in her individual and official capacity), JUDGE THOMAS ZUGIBE (in his individual and official capacity), LAURA MARINO, DR. MARC ABRAMS (in his individual and official capacity), DR. MARC MEDNICK (in his individual and official capacity), DR. ANDREA LABIS (in her individual and official capacity), EMILY HIRSHOWITZ (in her individual and official capacity), and MILLER ZEIDERMAN LLP,

                              Defendants.

**NOTICE OF APPEARANCE**

-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Lula Mustafai of Kaufman Dolowich LLP, 40 Exchange Place, 20th Floor, New York, New York 10005, hereby appears as counsel for Defendants MILLER ZEIDERMAN LLP, LISA ZEIDERMAN and ASHLEY KERSTING in regard to the above-captioned matter. Please direct all pleadings, notices, and correspondence to the undersigned.

Dated: September 15, 2025
       New York, New York

                                                    Respectfully submitted,

                                                    By: /s/ *Lula Mustafai*
                                                    Lula Mustafai, Esq.
                                                    KAUFMAN DOLOWICH LLP
                                                    40 Exchange Place, 20th Floor
                                                    New York, New York 10005
                                                    Telephone: (212) 485-9600
                                                    Email: lula.mustafai@kaufmandolowich.com
                                                    Attorneys for Defendants Miller Zeiderman
                                                   LLP, Lisa Zeiderman and Ashley Kersting

cc:      All counsel of record (via ECF)