

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

December 2, 2025

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Jimenez-Fogarty v. Fogarty et al¸* No. 24 Civ. 8705 (JLR) (GWG)

Dear Judge Rochon:

      The Office of the Attorney General (this "Office") represents defendants the Hon. Thomas Zugibe and the Hon. Sherri Eisenpress (the "State Judicial Defendants"), both Justices of the Supreme Court, State of New York, Rockland County, in the above-referenced action (the "Action") brought by Plaintiff Sai Malena Jimenez-Fogarty ("Plaintiff."). On October 14, 2025, Plaintiff filed objections (ECF No. 164, the "Original Objections") to the Hon. Gabriel Gorenstein's Report and Recommendation (ECF No. 163, the "R&R") recommending dismissal of the Action for insufficient service of process and denial of an extension of time to effectuate service. On October 28, 2025, State Judicial Defendants responded to the Original Objections (EFC No. 168, the "Response"). On November 12, 2025, in response to Defendant Emily Hirshowitz's notice regarding a potential motion for sanctions under Fed. R. Civ. P. 11, Plaintiff filed a letter withdrawing certain claims, arguments, and citations in the Original Objections. ECF No. 172 (the "Withdrawal"). With the Withdrawal, Plaintiff submitted a redline of the Original Objections, showing which citations and arguments were deleted or substituted. Withdrawal at 4-26. Pursuant to an extension granted by Magistrate Judge Gorenstein (ECF No. 175), Plaintiff filed *nunc pro tunc* amended objections (ECF No. 176, the "Amended Objections") on November 17, 2025.

      By a response to the Amended Objections, State Judicial Defendants hereby re-assert, all arguments set forth in the Response to the Original Objections. The Amended Objections are identical to the Original Objections except for the removal or substitution of certain erroneous citations, which does not materially bolster or substantively distinguish the two filings. *See, e.g.,* Response at 9-10, 12-13, 17-18; Withdrawal at 12-13, 15-16, 20-21 (removing or substituting citations without adding or changing arguments). The Response rebuts the meritless arguments made in both the Original and Amended Objections, and the R&R should be adopted in its entirety.

The Hon. Jennifer L. Rochon  Page 2 of 2
December 2, 2025

                        Respectfully submitted,

                        /s/  Anjali Bhat
                        ANJALI BHAT
                        Assistant Attorney General
                        212-416-8632
                        Anjali.Bhat@ag.ny.gov