

1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212.752.8000   212.752.8393 fax

New Jersey

Delaware

Maryland

Texas

Florida

Washington, DC

Brian L. Gardner
Member
Admitted in NY

Reply to New York Office
Writer's Direct Line: 646.563.8937
Writer's Direct Fax: 646.563.7937
Writer's E-Mail: bgardner@coleschotz.com

December 12, 2025

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court, Southern District
of New York
40 Foley Square
New York, NY 10007

Re:   *Jimenez-Fogarty v. Fogarty, et al.*
      Case No. 1:24-cv-08705 (JLR-GWG)

Dear Judge Gorenstein:

This firm represents Defendants Thomas Fogarty and Laura Spector Marino in the above-referenced action. We write in brief response to the letter filed by counsel for Plaintiff Sai Malena Jimenez-Fogarty on December 11, 2025 (the "December 11 Letter") (ECF 179), as well as the Order to Show Cause entered by Your Honor on December 12, 2025 (the "Order to Show Cause") (ECF 180).

As an initial matter, we concur with the Court's analysis of the applicable U.S. Bankruptcy Code sections and corresponding case law as it relates to Plaintiff's Chapter 7 bankruptcy filing, and its implications for this action. We further wish to note that Mr. Fogarty also filed for Chapter 7 bankruptcy on July 14, 2025, as disclosed in our Notice of Bankruptcy Filing filed in this matter on July 28, 2025 (ECF 147).

In light of Mr. Fogarty's and Plaintiff's pending bankruptcy proceedings, we believe this action should be automatically stayed pursuant to Section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a). Thus, we are hesitant to respond substantively to any of the numerous misrepresentations and unfounded accusations set forth in Plaintiff's December 11 Letter. However, we would be happy to do so should Your Honor deem it appropriate at this time.

Respectfully submitted,

*/s/ Brian L. Gardner*

Brian L. Gardner

coleschotz.com

68859/0002-51999450v1



The Honorable Gabriel W. Gorenstein
December 12, 2025
Page 2

BLG:mjm
cc:     All Counsel of Record (via ECF)

68859/0002-51999450v1