

1025 Westchester Avenue | Suite 301 | White Plains NY 10604 | www.hhk.com

JACOB B. SHER
Special Counsel
P: (914) 694-4102
F: (914) 694-4510

January 15, 2026

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York            *via ECF*
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>Jimenez-Fogarty v. Fogarty, et al.</u>, Case No. 24-cv-08705 (JLR) (GWG)
            Letter in Response to ECF 190
            Contingent Request to Supplement Attorney's Fee Application

Dear Magistrate Judge Gorenstein:

Our firm represents Emily Hirshowitz, a named defendant in the above-referenced matter. The undersigned acknowledges receipt of the Court's Order dated January 15, 2026 (ECF Doc. No. 190), which stayed the matter due to bankruptcy except as to the Court's consideration of its Order to Show Cause regarding the conduct of plaintiff's attorney (ECF Doc. No. 144).

In addition to the fees reflected in our Affirmation of Legal Services dated August 14, 2025 (see ECF Doc. No. 152-1, 152-2), Ms. Hirshowitz incurred legal fees in August and September of 2025 related to opposition and reply papers, including those filed in response to the Court's Order dated September 11, 2025 (see ECF Doc. Nos. 154, 157, 159, and 162). Should the Court impose attorney's fees as part of any sanction, we respectfully request leave to supplement our client's fee application to reflect the work that our firm performed on the above-referenced papers.

We thank the Court for its time and attention with respect to this matter. Should the Court have any questions or concerns, please do not hesitate to contact the undersigned.

                                          Very truly yours,

                                          HINMAN, HOWARD & KATTELL, LLP

                                          By: _____
                                                 Jacob B. Sher
                                                 Special Counsel

JBS/jbs

cc:    All Counsel of Record *via ECF*