Damien Charlotin

# AI Hallucination Cases

This database tracks legal *decisions*[1] in cases where generative AI produced hallucinated content – typically fake citations, but also other types of AI-generated arguments. It does not track the (necessarily wider) universe of all fake citations or use of AI in court filings.

While seeking to be exhaustive (**1368** cases identified so far), it is a work in progress and will expand as new examples emerge. This database has been featured in news media, and indeed in several decisions dealing with hallucinated material.[2]

If you have any questions about the database, a FAQ is available <u>here</u>.
And if you know of a case that should be included, feel free to <u>contact me</u>.[3]

Based on this database, I have developped an <u>automated reference checker</u> that also detects hallucinations: PelAIkan. Check the Reports 🚫 in the database for examples, and <u>reach out to me</u> for a demo !

For weekly takes on cases like these, and what they mean for legal practice, subscribe to Artificial Authority.



## Artificial Authority

A look at news and developments at the intersection of AI and the Law

**By DamienCh · Over 1,000 subscribers**

| Type your email… | Subscribe |

By subscribing you agree to <u>Substack's Terms of Use</u>, <u>our Privacy Policy</u> and <u>our Information collection notice</u>

≡substack

Click to Download CSV

Last updated: 30 April 2026

Search cases, courts, tools, tags…

State

| Argentina (8) | Australia (73) | Austria (2) | Belgium (4) |

| Brazil (10) | Canada (147) | Chile (1) | Colombia (3) |

Cited in Juarez-Fogarty 24-civ8705 Decided 4/29/26. Archived on 4/3/26. This document is protected by copyright. Further reproduction is prohibited without permission.

| Czech Republic (2) | Denmark (1) | France (11) |

| Germany (7) | Hong Kong (2) | India (8) |

| International Arbitration (1) | Ireland (6) | Israel (51) |

| Italy (7) | Netherlands (6) | New Zealand (6) |

| Papua New Guinea (1) | Qatar (1) | Singapore (3) |

| South Africa (4) | South Korea (4) | Spain (6) |

| Tanzania (1) | The Bahamas (1) | Trinidad & Tobago (1) |

| UAE (2) | Uganda (1) | UK (52) | USA (931) |

| Zimbabwe (1) |

Party

| Arbitrator (1) | Expert (11) | Federal Defender (1) |

| Judge (16) | Lawyer (521) | Paralegal (2) | Prosecutor (4) |

| Pro Se Litigant (813) |

From period: Q2 2023

Nature – Category

| Fabricated (1140) | False Quotes (359) |

| Misrepresented (547) | Outdated Advice (30) |

Nature – Subcategory

| Case Law (1216) | Doctrinal Work (31) |

| Exhibits & Submissions (93) | Legal Norm (155) | Other (23) |

| Overturned Case Law (15) | Repealed Law (15) |

☐ Monetary sanction

☐ Disciplinary Referral

Cited in Jimenez-Fogarty
24-civ8705 Decided 4/29/26
Archived on 4/30/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Ou Sa |
|------|---------------------|--------|----------------|-----------|------------------------|-------|
| Sai Malena Jimenez-Fogarty v. Thomas Fogarty et al. | S.D. New York (USA) | 29 April 2026 | Lawyer | LexisNexis | **Fabricated** Case Law (7) | Mo Sa to |
| *Source: Robert Freund* | | | | | | |
| Nisland Asset Investment, LLC v. Carissa Ann Gericke | CA Iowa (USA) | 29 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (2) **Misrepresented** Case Law (1) | Iss wa fai pr su au |

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Ou Sa |
|------|---------------------|--------|----------------|-----------|------------------------|-------|
| Bathsheba Nichole Adams v. Kiewit Infrastructure West Company, et al. | D. Arizona (USA) | 29 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (2) | Mc Wa |
| Anthony C. Hill v. Workday, Inc. | N.D. California (USA) | 28 April 2026 | Lawyer | CoCounsel | **Fabricated** Case Law (1) / **Misrepresented** Case Law (1) | Ad Mc 4 l CL Ci |
| Brandon Rulund Akins v. Tashi Latwon Ratliff, et al. | M.D. North Carolina (USA) | 28 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (9) | Wa |
| Tekoma Chaney v. Transdev Services Inc. et al. | C.D. California (USA) | 28 April 2026 | Lawyer | LexisNexis+ (Protégé) | **Fabricated** Case Law (3) | Mc Sa Re otl |
| Pate v. CMG Mortgage, Inc., et al. | E.D. Tennessee (USA) | 28 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (2) | Wa |
| Richard Paul Smith v. Verra Mobility Corporation et al. | M.D. Florida (USA) | 28 April 2026 | Lawyer | Implied | **Fabricated** Case Law (3) / **Misrepresented** Case Law (1) | Or Ca |
| Ali Behroz Aziz, et al. v. United States of America, et al. | D. Maryland (USA) | 27 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) | Pa an |
| Gregoire v. Board of Trustees of San Francisco Bay Area Rapid Transit District | N.D. California (USA) | 27 April 2026 | Lawyer | Implied | **Fabricated** Case Law (1) | Or Co Ex |
| Laurie Ibach and Mark Stewart v. Bruce Stewart | SC Alabama (USA) | 24 April 2026 | Lawyer | Unidentified | **Fabricated** Case Law (5) / **False Quotes** Case Law (3) | Ad Or Co Pr Ba |
| *Source: Robert Freund* | | | | | | |
| Ryan-Michael Jarvis v. County of Teton Wyoming | 10th Cir. CA (USA) | 24 April 2026 | Pro Se Litigant | Implied | **False Quotes** Case Law (1) / **Misrepresented** Case Law (1) | Wa |
| Joann Crawford v. Buffalo Creek Properties, LLC | CA Texas (USA) | 23 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (2), Doctrinal Work (1) | |
| State of Israel v. Vakrat | Kiryat Gat Magistrate Court (Israel) | 23 April 2026 | — | Implied | **Fabricated** Case Law (1) | Mc |
| Philip D. Dennison v. June Caudill et al. | S.D. Indiana (USA) | 23 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) | Wa |
| IN RE PAULA M. MILLER, Relator | AC Texas (USA) | 23 April 2026 | Lawyer | Implied | — | Wa |
| Meyer v. Castroville State Bank | CA Texas (4th Dist.) (USA) | 22 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (2) | |

Citation Jimenez v. Foriarty 24 Civ 8705 Decided 4/29/26. Archived on 4/30/26. This document is protected by copyright. Further reproduction is prohibited without permission.

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Ou Sa |
|---|---|---|---|---|---|---|
| Alishia Monique Jones v. Ahmed Taylor, et al. | E.D. Michigan (USA) | 22 April 2026 | Pro Se Litigant | Implied | Fabricated Case Law (2) | W |
| Krista C. Geddes v. LoanCare, LLC, et al. | E.D. California (USA) | 22 April 2026 | Lawyer | Implied | False Quotes Case Law (2) | M Sa Re |
| Carol L. Williams v. Tracy Honl | CA Oregon (USA) | 22 April 2026 | Lawyer | Unidentified | Fabricated Case Law (1) / False Quotes Case Law (1) / Misrepresented Case Law (3) | Br Ad Or |
| Primerica Life Insurance Company v. Daniel Vett Finlayson; Michelle Johnson | D. Utah (USA) | 22 April 2026 | Lawyer | Implied | Fabricated Case Law (1) / False Quotes Case Law (1) | W |
| Source: Jesse Schaefer | | | | | | |
| ARIH Québec c. Santé Québec | Québec CS (Canada) | 22 April 2026 | Arbitrator | Implied | Fabricated Case Law (4), Doctrinal Work (1) | Ar an be aw no ('h au |
| In re the Marriage of Joanne Rodrigues and Nathan Craig | CA California (6th) (USA) | 22 April 2026 | Pro Se Litigant | Implied | Fabricated Case Law (9) | |
| Boonstra v Edmonton (City) | Court of King's Bench of Alberta (Canada) | 21 April 2026 | Pro Se Litigant | ChatGPT | Fabricated Case Law (1) | |
| Source: Courtready | | | | | | |
| In re: María V. Irizarry Centeno; Anissa M. Bonilla Irizarry | TS Puerto Rico (USA) | 21 April 2026 | Lawyer | Implied | Fabricated Case Law (6) | Ad |
| Bunce v. Visual Technology Innovations (2) | E.D. Pennsylvania (USA) | 20 April 2026 | Lawyer | Unidentified | Fabricated Case Law (1) / Misrepresented Case Law (1) | M Sa Ad |
| Source: Volokh | | | | | | |
| Arthur West v. Lower Duwamish Waterway Group | CA Washington (USA) | 20 April 2026 | Pro Se Litigant | Implied | Fabricated Case Law (1) / False Quotes Case Law (1) | Ad |
| Source: Jesse Schaefer | | | | | | |
| In re Prince Global Holdings Limited, et al. | S.D. New York (Bankruptcy) (USA) | 18 April 2026 | Lawyer | Unidentified | Fabricated Case Law (2) / False Quotes Case Law (1) / Misrepresented Case Law (1) | Fi ap |
| Jamie Lee Saunders v. Albertsons/Safeway, LLC | D. Colorado (USA) | 16 April 2026 | Lawyer | Unidentified | Fabricated Case Law (1) | W |

Cited in Jimenez-Fogarty 24-Civ8705 Dated 4/29/26 Archived on 4/30/26 This document is protected by copyright. Further reproduction is prohibited without permission.

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Ou Sa |
|------|----------------------|--------|----------------|-----------|-------------------------|-------|
| *Source: Jesse Schaefer* | | | | | | |
| Essandoh v. Capital One Bank | E.D. Texas (USA) | 16 April 2026 | Pro Se Litigant | Unidentified | — | Wa |
| Stance Strong and Kinisha Strong v. Zubha Pop Foods LLC d/b/a Popeyes Chicken | CA Illinois (1d) (USA) | 15 April 2026 | Pro Se Litigant | Centient AI | **Fabricated** Case Law (1) **Misrepresented** Case Law (2) | Br |
| Amit Arora v Canadian National Railway | Federal Court (Canada) | 15 April 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | Wa |
| *Source: Courtready* | | | | | | |
| In the Marriage of: Sarah Lynn Nelson | CA Minnesotta (USA) | 15 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) | |
| Matter of: LOGMET LLC, B-423066.2 | GAO (USA) | 15 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | Wa |
| *Source: David Timm* | | | | | | |
| Fofanah v. Rockwall Rental Properties | CA Texas (5d) (USA) | 15 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (2) | |
| *Source: Jesse Schaefer* | | | | | | |
| Cynthia White v. Walmart, Inc. | S.D. Indiana (USA) | 14 April 2026 | Lawyer | Unidentified | **Fabricated** Exhibits or Submissions (1) **Misrepresented** Exhibits or Submissions (1) | Wa |
| *Source: Robert Freund* | | | | | | |
| Zand v. Sukumar | CA California (1d) (USA) | 14 April 2026 | Pro Se Litigant | Implied | **Fabricated** Exhibits or Submissions (1) | |
| Michael T-Alexander v. Michelle Baass et al. | CA California (6d) (USA) | 14 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **False Quotes** Case Law (2) | Ad |
| Brian Smith v. TD Auto Finance LLC, et al. | N.D. Mississippi (USA) | 14 April 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (1) | Wa |
| *Source: Jesse Schaefer* | | | | | | |
| Shaw v. City of Portola, et al. | E.D. California (USA) | 14 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (5) | Or Ca |
| *Source: Jesse Schaefer* | | | | | | |
| Langen v. The Owners, Strata Plan EPS5455 | BC CRT (Canada) | 14 April 2026 | Lawyer | Implied | **False Quotes** Case Law (1) **Misrepresented** Case Law (1) | |
| *Source: Courtready* | | | | | | |

Cited in Jimenez-Hegarty 24Civ8705 Decided 4/29/26 Archived on 4/30/26

This document is protected by copyright. Further reproduction is prohibited without permission.

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Ou Sa |
|------|----------------------|--------|----------------|-----------|-------------------------|-------|
| H.B. v. Conseil des écoles publiques de l'Est de l'Ontario | HRTO (Canada) | 14 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1), Legal Norm (1) | Or ap pro cop cas int on |
| *Source: Courtready* | | | | | | |
| State of Ohio v. Abdullah M. Alqahtani | 3d Dist (USA) | 13 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (1), Legal Norm (1) | |
| *Source: Jesse Schaefer* | | | | | | |
| Allen v. Hunt | N.D. Illinois (USA) | 13 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (2) | Wა |
| Bruno Roberto Rodriguez v. Kathryn Louise Rodriguez | CA Florida 6th (USA) | 10 April 2026 | Lawyer | Unidentified | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | Or Ca |
| Avalon Holdings Corp. v. Guy Gentile | S.D. New York (USA) | 10 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) | Wა |
| Steven Nemec v. Kelsey Kanoelani Alao and Alyssa Jade Alao | D. Oregon (USA) | 10 April 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (4) | |
| Ifeoma Delliane Chinedu Obi v. Cook County, Illinois, et al. | N.D. Illinois (USA) | 9 April 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (1) **False Quotes** Case Law (2), Exhibits or Submissions (1) | Br Mc Sა |
| Harry v. Arie Jan | Amsterdam Entreprise Chamber (Netherlands) | 9 April 2026 | Lawyer | Unidentified | **Fabricated** Case Law (1) | |
| Robert S. Hulvat v. Juli Gumina, STC Divorce Law, and Jennifer B. Hulvat | CA Illinois (3d) (USA) | 9 April 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (1) **False Quotes** Case Law (1) **Misrepresented** Case Law (1) | Mc Sა |
| *Source: Jesse Schaefer* | | | | | | |

Page 1 of 28   Next »

Cited in Jimenez-Fogarty 24Civ8705 Decided 4/29/26 Archived on 4/30/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Mentions Légales, etc, some year (c) .