Case 1:24-cv-08705-JLR-GWG    Document 197    Filed 07/01/26    Page 1 of 7

Damien Charlotin

# AI Hallucination Cases

This database tracks legal *decisions* [1] in cases where generative AI produced hallucinated content – typically fake citations, but also other types of AI-generated arguments. It does not track the (necessarily wider) universe of all fake citations or use of AI in court filings.

While seeking to be exhaustive (**1600** cases identified so far), it is a work in progress and will expand as new examples emerge. This database has been featured in news media, and indeed in several decisions dealing with hallucinated material. [2]

If you have any questions about the database, a FAQ is available here.
And if you know of a case that should be included, feel free to contact me. [3]

Based on this database, I have developed an automated reference checker that also detects hallucinations: PelAIkan. Check the Reports 📄 in the database for examples, and reach out to me for a demo.

For weekly takes on cases like these, and what they mean for legal practice, subscribe to Artificial Authority.



Cited in Jimenez v. Fogarty
24-civ8705 Decided on 6/11/26
Archived on 6/11/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Artificial Authority

A look at news and developments at the intersection of AI and the Law

**By Damien Charlotin · Over 1,000 subscribers**

| Type your email... | Subscribe |

By subscribing you agree to Substack's Terms of Use, our Privacy Policy and our Information collection notice

≡ substack

Click to Download CSV

Last updated: 11 June 2026

Search cases, courts, tools, tags...

State

| Argentina (8) | Australia (74) | Austria (2) | Belgium (4) |

| Brazil (10) | Canada (173) | Chile (2) | Colombia (3) |

| Czech Republic (2) | Denmark (1) | France (11) |
|---|---|---|

| Germany (8) | Hong Kong (2) | India (11) |
|---|---|---|

| International Arbitration (1) | Ireland (6) | Israel (53) |
|---|---|---|

| Italy (7) | Netherlands (6) | New Zealand (7) |
|---|---|---|

| Northern Cyprus (KKTC) (1) | Papua New Guinea (1) |
|---|---|

| Portugal (1) | Qatar (1) | Russian Federation (1) |
|---|---|---|

| Singapore (3) | South Africa (5) | South Korea (4) |
|---|---|---|

| Spain (7) | Tanzania (1) | The Bahamas (1) |
|---|---|---|

| Trinidad & Tobago (1) | UAE (2) | Uganda (1) | UK (59) |
|---|---|---|---|

| USA (1116) | Zimbabwe (1) |
|---|---|

Party

| Arbitrator (1) | Expert (11) | Federal Defender (1) |
|---|---|---|

| Judge (24) | Lawyer (619) | Paralegal (2) | Prosecutor (5) |
|---|---|---|---|

| Pro Se Litigant (941) |
|---|

From period: Q2 2023

Nature – Category

| Fabricated (1336) | False Quotes (427) |
|---|---|

| Misrepresented (655) | Outdated Advice (32) |
|---|---|

Nature – Subcategory

| Case Law (1430) | Doctrinal Work (34) |
|---|---|

| Exhibits & Submissions (113) | Legal Norm (180) |
|---|---|

| Other (32) | Overturned Case Law (17) | Repealed Law (15) |
|---|---|---|

☐ Monetary sanction

☐ Disciplinary Referral

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Outco Sanct |
|---|---|---|---|---|---|---|
| Henry County Schools et al. v. Grant et al. | CA Georgia (USA) | 10 June 2026 | Lawyer, Judge | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | Trial vacate |
| Bailey v. Sedgwick Claims Management Services, Inc. | W.D. Tennessee (USA) | 8 June 2026 | Lawyer | Unidentified | **Fabricated** Case Law (1) **False Quotes** Case Law (1) | Order motio |

Cited in Jimenez Fogarty v Fogarty 24-civ8705 Decided 4/29/26

Archived on 6/12/26

This document is protected by copyright. Further reproduction is prohibited without permission.

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Outco Sanct |
|---|---|---|---|---|---|---|
| *Source: Robert Freund* | | | | | | |
| Withers v. City of Aberdeen | N.D. Mississippi (USA) | 8 June 2026 | Lawyer | First Drafts | **Fabricated** Case Law (6) **False Quotes** Case Law (1) | Revok vice; I attorr case; I Bar R |
| *Source: Robert Freund* | | | | | | |
| Principal, Woodland House School & Ors. v. Shakeel Ahmad Malik | HC Jammu & Kashmir and Ladakh, Srinagar (India) | 6 June 2026 | Judge | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | Court impug flagge incorr citatic |
| *Source: Alvin Antony* | | | | | | |
| Kendall E. Scheer v. Scheer Farms, LLC | Kansas CA (USA) | 5 June 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **False Quotes** Case Law (1) | |
| Adam Witkin v. Mary McGreevy | SC Oregon (USA) | 4 June 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (2) | Monet Brief : |
| Djybril Voukeng Djatsa v. Minister of Citizenship and Immigration | Federal Court (Canada) | 4 June 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (6) | Applic |
| *Source: Courtready* | | | | | | |
| Washington v. Washington | CA Georgia (USA) | 4 June 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (2) **False Quotes** Case Law (1) | Warni |
| Lafaye B. Brown v. James E. Clarke, et al. | AC Maryland (USA) | 4 June 2026 | Lawyer | Implied | **False Quotes** Case Law (1) | |
| M. D... A. c. Département de l'Isère | TA Grenoble (France) | 4 June 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Legal Norm (1) | Monet |
| Lnu v. Blanche | 9th Cir. (USA) | 3 June 2026 | Lawyer | Unidentified | **Fabricated** Case Law (7) **False Quotes** Case Law (4) **Misrepresented** Case Law (3) | Monet 6-mon Notifi Requi Suspe |
| Wayne K. Smith, Sr. v. Polk County, et al. | W.D. North Carolina (USA) | 3 June 2026 | Lawyer | Implied | **False Quotes** Case Law (2) | Order |
| *Source: Jesse Schaefer* | | | | | | |
| Euphoric, LLC et al. v. Westport Community Improvement District, et al. | W.D. Missouri (USA) | 3 June 2026 | Lawyer | Implied | **Misrepresented** Case Law (9) | Admo |
| Abraham Okogun v The Minister of Citizenship and Immigration | Federal Court (Canada) | 3 June 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (1) **Misrepresented** Case Law (3) | Adver |
| *Source: Courtready* | | | | | | |

Cited in Jimenez, Fogarty v Fogarty 24Civ8705 Decided 4/29/26 Archived on 6/12/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Case 1:24-cv-08705-JLR-GWG    Document 197    Filed 07/01/26    Page 4 of 7

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Outco Sanct |
|---|---|---|---|---|---|---|
| [Fadi El Bitar v. Julio Hernandez] | W.D. Washington (USA) | 2 June 2026 | Lawyer | Implied | **False Quotes** Case Law (2) | Monet |
| [Boatner v. Hickerson] | CA Missouri (USA) | 2 June 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (4) | Monet |
| *Source: [Robert Freund]* | | | | | | |
| [Anthony Josue Grajales v. Santander Consumer USA Inc., et al.] | M.D. North Carolina (USA) | 2 June 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **False Quotes** Case Law (1) **Misrepresented** Case Law (1) **Outdated Advice** Overturned Case Law (1) | Monet Case s payme attach cited a future |
| [Reaves Law Firm, PLLC v. Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, et al.] | W.D. Tennessee (USA) | 2 June 2026 | Lawyer | Implied | **Fabricated** Case Law (2) **False Quotes** Case Law (2) **Misrepresented** Case Law (4) | Adver Bar R |
| *Source: [Aaron S. Kirschenfeld]* | | | | | | |
| [Patrick C. Shaltry v. Donna Collins, et al.] | E.D. Michigan (USA) | 2 June 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | |
| [Tefera v. University of Ottawa] | SCJ Ontario (Canada) | 2 June 2026 | Pro Se Litigant | Unidentified | — | Misus accour costs ( |
| *Source: [Courtready]* | | | | | | |
| [Protection de la jeunesse] | Québec CS (Canada) | 2 June 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) | |
| [Heriberto Perez-Castillo v. Todd W. Blanche] | 7th Cir. (USA) | 1 June 2026 | Lawyer | ChatGPT | **Fabricated** Case Law (1) **Misrepresented** Case Law (1), Exhibits or Submissions (1) | Monet Admo Referr |
| *Source: [Robert Freund]* | | | | | | |
| [Richard A. Cole v. Midland States Bank, et al.] | D. Massachusetts (USA) | 1 June 2026 | Pro Se Litigant | Unidentified | **Misrepresented** Legal Norm (1) | Admo |
| [Branden Driver v. CNA Financial Corporation et al.] | E.D. Wisconsin (USA) | 1 June 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (1) **False Quotes** Case Law (1) **Misrepresented** Case Law (1) | Warni |
| *Source: [Jesse Schaefer]* | | | | | | |

Cited in Jimenez-Fogarty v Fogarty 24Civ8705 Decided 4/29/26 Archived on 6/12/26. This document is protected by copyright. Further reproduction is prohibited without permission.

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Outco Sanct |
|------|----------------------|--------|----------------|-----------|-------------------------|-------------|
| Wellington Hathshire Mortgage Investment Corp et al v. Russell | Ontario SCJ (Canada) | 1 June 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | Warni |
| *Source: Courtready* | | | | | | |
| Wyszynski v. The Owners, Strata Plan BCS1721 | BC CRT (Canada) | 1 June 2026 | Pro Se Litigant | Implied | **Misrepresented** Legal Norm (1) | |
| *Source: Courtready* | | | | | | |
| Jaclyn Cocco v. Rosario Palmieri, Jr. | SC Pennsylvania (USA) | 29 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (2) | |
| Garcia v. City of Monte Vista, Colorado et al | D. Colorado (USA) | 29 May 2026 | Lawyer | Implied | **False Quotes** Case Law (1) | Order |
| *Source: Jesse Schaefer* | | | | | | |
| Trauger v. Columbia County District Attorney's Office et al. | M.D. Pennsylvania (USA) | 29 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (3) **Misrepresented** Case Law (2) | Warni |
| *Source: Jesse Schaefer* | | | | | | |
| H. C. v. Contreras | CA California (5d) (USA) | 28 May 2026 | Lawyer Judge | Implied | **Fabricated** Case Law (1) **Misrepresented** Legal Norm (1) | Judgn and re |
| *Source: Volokh* | | | | | | |
| Blanes v. Stellers Jay Academy Inc. | BC CRT (Canada) | 28 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (2) **Misrepresented** Case Law (1) | Warni |
| *Source: Courtready* | | | | | | |
| Boyle, et al. v. Steven Kramer | E.D. Michigan (USA) | 28 May 2026 | Lawyer | Implied | **False Quotes** Case Law (1) | Warni |
| USA ex rels. v. Barton Associates, Inc. | CA 1st Circuit (USA) | 28 May 2026 | Lawyer | Implied | **False Quotes** Case Law (1) **Misrepresented** Case Law (1) | |
| *Source: Jesse Schaefer* | | | | | | |
| In re M.H., M.L., and M.H., Minors | CA Illinois (1d) (USA) | 28 May 2026 | Lawyer | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | Order |
| Yehuda et al. v. G.G.A.B. Real Estate Initiative and Investments Ltd. | Ashdod Small Claims Court (Israel) | 28 May 2026 | Lawyer | Implied | **Fabricated** Legal Norm (1) **False Quotes** Legal Norm (1) **Misrepresented** Case Law (1) | Monet |
| KH (Re) | Alberta CJ (Canada) | 28 May 2026 | Lawyer | Unidentified | **Fabricated** Case Law (2) | Order to the Albert |

Cited in Jimenez v Fogarty v Fogarty. 24Civ8705 Docketed 4/29/26

Archived on 6/12/26

This document is protected by copyright. Further reproduction is prohibited without permission.

Case 1:24-cv-08705-JLR-GWG    Document 197    Filed 07/01/26    Page 6 of 7

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Outco Sanct |
|------|---------------------|--------|----------------|-----------|------------------------|-------------|
| Christian Lavell Jennings v. Vandergriff Honda | CA Texas (USA) | 28 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **False Quotes** Case Law (1) **Misrepresented** Case Law (2) | |
| *Source: Jesse Schaefer* | | | | | | |
| Strategic Funding Source, Inc. v. STI-NY, LLC | N.Y. SC (USA) | 28 May 2026 | Lawyer | Unidentified | **Fabricated** Case Law (1) **Misrepresented** Case Law (9) | Adver |
| Innocent v. Meraki Installers, LLC | CA Florida (4d) (USA) | 27 May 2026 | Lawyer | Implied | **Fabricated** Exhibits or Submissions (1) | Bar R |
| *Source: Christian Silva* | | | | | | |
| Eclectic Synergy, LLC v. Seredin | CA Florida (4d) (USA) | 27 May 2026 | Lawyer | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (2) | Order |
| *Source: Christian Silva* | | | | | | |
| Robert Hinton Avery v. Danielle Beauzil | CA Florida (4d) (USA) | 27 May 2026 | Pro Se Litigant | Unidentified | **Fabricated** Legal Norm (1) **Misrepresented** Case Law (1) | Barre save v |
| *Source: Christian Silva* | | | | | | |
| Williamson v. Meyers (derivatively on behalf of Equinix, Inc.) | D. Delaware (USA) | 27 May 2026 | Lawyer | Unidentified | **Fabricated** Case Law (1) | Warni |
| *Source: Jesse Schaefer* | | | | | | |
| Christ Apostolic Temple, Inc., Dwight Reed and Jordan Reed v. Demetrius Sinegal, et al. | CA Iowa (USA) | 27 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **Misrepresented** Case Law (1) | Admo |
| *Source: Jesse Schaefer* | | | | | | |
| Polanco v. Himalayan Real Estate LLC, et al. | E.D. New York (USA) | 27 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) | Warni |
| *Source: Jesse Schaefer* | | | | | | |
| Chen v. The Owners, Strata Plan LMS3094 | Civil Resolution Tribunal (Canada) | 27 May 2026 | Pro Se Litigant | Implied | **Fabricated** Legal Norm (1) | |
| *Source: Courtready* | | | | | | |
| State of Oklahoma ex rel. Oklahoma Bar Association v. Reeves | SC Oklahoma (USA) | 27 May 2026 | Lawyer | ChatGPT | **Fabricated** Case Law (4) **Misrepresented** Case Law (1) | Public |
| SWSZ Holding v. SZ Global | SC Delaware (USA) | 27 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) | Warni refile |

Cited in Jimenez Fogarty v Fogarty 24 Civ8705 Decided 4/29/26 Archived on 6/12/26 This document is protected by copyright. Further reproduction is prohibited without permission

| Case | Court / Jurisdiction | Date ▼ | Party Using AI | AI Tool ⓘ | Nature of Hallucination | Outco Sanct |
|---|---|---|---|---|---|---|
| In the Matter of Kevin A. Julien v. Danielle M. Arthur | CA New York (USA) | 27 May 2026 | Pro Se Litigant | Unidentified | **Fabricated** Case Law (1) | Monet |
| Source: *Aaron S. Kirschenfeld* | | | | | | |
| William C. Maxwell v. Dakota Michael & Chelsey Smith | S.D. Indiana (USA) | 26 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (1) **False Quotes** Case Law (1) | Monet |
| Hodges v. McGough Enterprises LLC | S.D. New York (USA) | 26 May 2026 | Pro Se Litigant | Implied | **Fabricated** Case Law (5) | Warni |

Page 1 of 32    Next »

Mentions Légales, etc, some year (c) .

Cited in Jimenez Fogarty v Fogarty 24Civ8705 Decided 4/29/26

Archived on 6/12/26

This document is protected by copyright. Further reproduction is prohibited without permission.